UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                                  :     SEALED ORDER
    - v. -                        :
                                  :     22 Cr. 392 (___)
ISHAN WAHI,                       :
NIKHIL WAHI, and                  :
SAMEER RAMANI                     :
                                  :
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - - x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Noah Solowiejczyk;

It is found that the Indictment in the above-captioned action, 22 Cr. 392, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed upon the arrest or surrender of any of the three charged defendants, it is therefore

ORDERED that the Indictment, 22 Cr. 392, in the above-captioned action be unsealed upon the arrest or surrender of any of the three charged defendants, and, upon unsealing, shall remain unsealed pending further order of the Court;

FURTHER ORDERED that the Indictment, 22 Cr. 392, in the above-captioned action shall remain sealed until the arrest or surrender of any of the three charged defendants occurs; and

IT IS FURTHER ORDERED that the above-captioned Indictment be assigned to a District Court Judge upon its unsealing.

Dated:  New York, New York
        July 20, 2022

_____
ONA T. WANG
UNITED STATES MAGISTRATE JUDGE