UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                      Plaintiff,

              -against-

NIKHIL WAHI,

                     Defendant.
-------------------------------------------------------------- x

Case No. 1:22-cr-00392 (LAP)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that undersigned counsel, Priya Chaudhry, of the law firm ChaudhryLaw PLLC, duly admitted to practice in New York and before the United States District Court for the Southern District of New York, hereby enters an appearance as counsel for Defendant Nikhil Wahi in the above-captioned action.

Dated: New York, New York
       July 21, 2022

                                          ChaudhryLaw PLLC

                                  By:   /s/ Priya Chaudhry
                                          Priya Chaudhry, Esq.
                                          45 West 29th Street, Suite 303
                                          New York, New York 10001
                                          Tel: (212) 785-5550
                                          Email: priya@chaudhrylaw.com

                                          *Attorneys for Defendant Nikhil Wahi*