UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00392 (LAP) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -against- | |
| NIKHIL WAHI, | |
| Defendant. | |

------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that undersigned counsel, Kristen Mohr, of the law firm ChaudhryLaw PLLC, duly admitted to practice in New York and before the United States District Court for the Southern District of New York, hereby enters an appearance as counsel for Defendant Nikhil Wahi in the above-captioned action.

Dated: New York, New York
July 21, 2022

ChaudhryLaw PLLC

By: /s/ Kristen Mohr
Kristen Mohr, Esq.
45 West 29th Street, Suite 303
New York, New York 10001
Tel: (212) 785-5550
Email: kristen@chaudhrylaw.com

*Attorneys for Defendant Nikhil Wahi*