UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

NIKHIL WAHI,

        Defendant.

No. 22 CR 392-2 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    An initial conference in this matter is currently scheduled for August 2, 2022, at 12:00 p.m. in Courtroom 12A.  Defendant shall submit a letter to the Court no later than Thursday July 28, at 5:00 p.m., describing the bail package Defendant seeks.  In particular, Defendant shall explain why certain financial or brokerage accounts should be permitted to be posted as security for his bail rather than simply liquidating assets in those accounts and posting cash bail.  Defendant shall separately disclose to the Government the details of the assets contained in the accounts Defendant proposes to use as security for his bail.  The Government shall respond to Defendant's submission no later than Friday July 29, at 5:00 p.m.

**SO ORDERED.**

Dated:    July 27, 2022
           New York, New York

                                */s/ Loretta A. Preska*
                                LORETTA A. PRESKA
                                Senior United States District Judge