

45 WEST 29TH STREET, SUITE 303
NEW YORK, NEW YORK 10001
CHAUDHRYLAW.COM

July 27, 2022

**BY ECF**

The Honorable Judge Loretta A. Preska
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      ***Re:***    ***United States v. Nikhil Wahi****, et al.*, **22 Cr. 392 (LAP)**

Dear Judge Preska:

      We represent Nikhil Wahi in the above-referenced matter, which is currently set for arraignment of both Nikhil Wahi and Ishan Wahi on August 2, 2022, at 12:00 p.m. in courtroom 12A. Mr. Wahi has not requested any prior modifications to this date. We write to respectfully request a modification for the arraignment of both defendants.

      Mr. Wahi respectfully requests that these arraignments be rescheduled to August 3, 2022, and that the arraignments be held telephonically, as Messrs. Wahi are currently on home confinement in Seattle, Washington, and Nikhil Wahi has tested positive for COVID-19. We have conferred with the government and counsel for co-defendant, Ishan Wahi. Both have indicated their consent to this request.

      Accordingly, Mr. Wahi respectfully requests that:

(i)    The arraignments be rescheduled for August 3, 2022, at 1:00 p.m.; and

       *Dial in: (877) 402-9753*
       *Access Code: 6545179*

(ii)    The arraignments be held telephonically.

7/28/22

**SO ORDERED**

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

PRIYA CHAUDHRY      PRIYA@CHAUDHRYLAW.COM