

45 West 29th Street, Suite 303
New York, New York 10001
chaudhrylaw.com

July 28, 2022

***BY ECF***

The Honorable Judge Loretta A. Preska
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

***Re: United States v. Nikhil Wahi*, et al., 22 Cr. 392 (LAP)**

Dear Judge Preska:

We represent Nikhil Wahi in the above-referenced matter. Mr. Wahi appeared for initial presentment in the Western District of Washington on July 21, 2022, and that court set an initial bond in his matter. On July 27, 2022, this Court ordered Mr. Wahi to submit a letter to the Court describing the bail package that Mr. Wahi seeks. Dkt. 8. Accordingly, we respectfully submit this letter.

While initially the parties agreed to secure Mr. Wahi's bond with a brokerage account, we have conferred with the government and now the parties have agreed that Mr. Wahi will instead secure his bond by posting $75,000.00 in cash with the clerk of the Southern District of New York.

As Mr. Wahi will need to liquidate his assets in order to accomplish this, and as this process will take a few days, we respectfully request that Mr. Wahi be permitted to post $75,000.00 in cash with the clerk of the Southern District of New York by Monday, August 1, 2022, in order to secure his bond.

We have conferred with the government, which consents to this request.

SO ORDERED.

Loretta A. Preska

7/29/2022

Priya Chaudhry priya@chaudhrylaw.com 212.785.5551

We appreciate Your consideration of this request.

Very truly yours,

*/s/*

Priya Chaudhry

SO ORDERED:

_______________________________

HONORABLE LORETTA A. PRESKA
United States District Judge

Cc: AUSAs Noah Solowiejczyk and Nicolas Roos (*via* email)