UNITED STATE DISTRICT COURT
For the WESTERN DISTRICT OF WASHINGTON
at Seattle

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: MJ22-327 |
| vs. | ) WAIVER OF RULE 5(c)(3)(D) HEARING |
| NIKHIL WAHI, | ) and ORDER OF TRANSFER |
| Defendant | ) |

WAIVER OF RULE 5(c)(3)(D) HEARING

I, Nikhil Wahi, have appeared before a United States Magistrate Judge in the Western District of Washington, who has advised me of the provisions of Rule 20 and of my right to further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure. I wish to waive my right to such further hearing, therefore:

    a) I acknowledge that I am the person named in an indictment, information, or Warrant pending in the U.S. District Court for the Southern District of New York;

    b) I waive my right to production of the warrant or of any other original paper Related to these charges or certified copies thereof;

    c) If I am entitled to a preliminary examination. I elect to have it conducted in the district where the prosecution is pending: and

1

      d)  I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending

Dated this 21st day of July, 2022

s/ Peter Camiel                                                                  s/ Peter Camiel on behalf of Nikhil Wahi

Defense Counsel                                                              Defendant

## ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U.S. District Court for the Southern District of New York. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district.

If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

Dated this 21st day of July, 2022

_____
United States Magistrate Judge

 

# United States District Court
## Western District of Washington

UNITED STATES OF AMERICA,
vs.
**NIKHIL WAHI**

# APPEARANCE BOND
## CASE No: MJ22-327

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

- **Court Appearances**. I must appear in court at the *United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, Courtroom 12A*, on Tuesday, August 2, 2022 at 12:00 PM and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 10 YEARS IMPRISONMENT AND A FINE OF $250,000.**
- **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.
- **DNA Testing.** I must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
- **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.
- **Address.** I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to my attorney, and/or Pretrial Services if supervised, within one business day.
- **Restrictions on Travel.** I must not travel outside the Continental United States or as directed by Pretrial Services
- **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. § 1503, 1512, and 1513.
- **Pretrial Supervision.** I am subject to Pretrial Services supervision by the Pretrial Services Office of the Court and must abide by such of the general and special conditions of release as that office shall impose. I must report to the Office of Pretrial Services at United States Courthouse, 700 Stewart Street, Seattle, Washington within 24 hours of my release unless released during a weekend or on a holiday in which case I must report at 9:00 a.m. the following court day.

**OTHER SPECIAL CONDITIONS:**
- Travel is restricted to the Southern District of New York and points in between as needed for legal proceedings and the Western District of Washington, or as directed by Pretrial Services.
- The defendant shall participate in the location monitoring program with Global Positioning Satellite technology via mobile application. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals. The defendant will be transitioned to Active Global Positioning Satellite technology following a ten day quarantine.**
- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.**
- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.
- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.
- No communications with co-conspirators outside presence of attorneys, excluding Ishan Wahi.
- The defendant shall abide by all federal, state, and local directives regarding the COVID-19 pandemic.
- $1,000,000 Bond Secured by a bank account or property to be agreed upon by defense counsel and the government within ten (10) days. Co-signed by a **Financially Responsible Party as approved by the government.**
- Any transactions over $10,000 have to be approved by government and Pretrial Services.
- Remaining conditions to be met within ten (10) days.

NIKHIL WAHI                                                                                      MJ22-327

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

| **X** s/ Peter Camiel on behalf of Nikhil Wahi | **July 21, 2022** | **Seattle, WA** |
|---|---|---|
| Signature | Date Signed | City, State of Residence |

## ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this Appearance Bond;
(2) Defendant shall be released from custody and shall remain at liberty so long as he or she complies with the provisions of this Appearance Bond, or until further order of the Court.

**July 21, 2022**
Date Signed

*signature*
Paula L. McCandlis
UNITED STATES MAGISTRATE JUDGE

*cc: Defendant, Defense Counsel, U.S. Attorney, U.S. Marshal, Pretrial Services*

UNITED STATE DISTRICT COURT
For the WESTERN DISTRICT OF WASHINGTON
at Seattle

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No.: MJ22-327 |
| | ) |
| vs. | ) WAIVER OF RULE 5(c)(3)(D) HEARING |
| | ) and ORDER OF TRANSFER |
| ISHAN WAHI, | ) |
| | ) |
| Defendant | ) |

WAIVER OF RULE 5(c)(3)(D) HEARING

I, Ishan Wahi, have appeared before a United States Magistrate Judge in the Western District of Washington, who has advised me of the provisions of Rule20 and of my right to further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure. I wish to waive my right to such further hearing, therefore:

a) I acknowledge that I am the person named in an indictment, information, or Warrant pending in the U.S. District Court for the Southern District of New York;

b) I waive my right to production of the warrant or of any other original paper Related to these charges or certified copies thereof;

c) If I am entitled to a preliminary examination. I elect to have it conducted in the district where the prosecution is pending: and

1

      d)  I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending

Dated this 21st day of July, 2022

s/ Corey Endo                                s/ Corey Endo on behalf of Ishan Wahi

Defense Counsel                                  Defendant

## ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U.S. District Court for the Southern District of New York. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district.

If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

Dated this 21st day of July, 2022

_____
United States Magistrate Judge

2

 

# United States District Court
### Western District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>vs.<br>**ISHAN WAHI** | **APPEARANCE BOND**<br>CASE No: MJ22-327 |

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

- **Court Appearances**. I must appear in court at the *United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, Courtroom 12A*, on Monday, August 2, 2022 at 12:00 PM and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 10 YEARS IMPRISONMENT AND A FINE OF $250,000.**
- **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.
- **DNA Testing.** I must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
- **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.
- **Address.** I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to my attorney, and/or Pretrial Services if supervised, within one business day.
- **Restrictions on Travel.** I must not travel outside the Continental United States or as directed by Pretrial Services
- **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. § 1503, 1512, and 1513.
- **Pretrial Supervision.** I am subject to Pretrial Services supervision by the Pretrial Services Office of the Court and must abide by such of the general and special conditions of release as that office shall impose. I must report to the Office of Pretrial Services at United States Courthouse, 700 Stewart Street, Seattle, Washington within 24 hours of my release unless released during a weekend or on a holiday in which case I must report at 9:00 a.m. the following court day.

**OTHER SPECIAL CONDITIONS:**
- Travel is restricted to the Southern District of New York and points in between as needed for legal proceedings and the Western District of Washington, or as directed by Pretrial Services.
- The defendant shall participate in the location monitoring program with Global Positioning Satellite technology via mobile application. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals. The defendant will be transitioned to Active Global Positioning Satellite technology following a ten day quarantine.**
- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.**
- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.
- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.
- No communications with co-conspirators outside presence of attorneys, excluding Nikhil Wahi.
- The defendant shall abide by all federal, state, and local directives regarding the COVID-19 pandemic.
- $1,000,000 Personal Recognizance Bond Secured by existing Robinhood account. Co-signer: Mr. Sandeep Puri **and a second Financially Responsible Party as approved by the government. Defense has seven (7) days to find a second Financially Responsible Party.**
- Any transactions over $10,000 have to be approved by government and Pretrial Services.
- Remaining conditions to be met within seven (7) days.

ISHAN WAHI                                                                                                               MJ22-327

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

| **X** s/ Corey Endo on behalf of Ishan Wahi | **July 21, 2022** | **Seattle, WA** |
|---|---|---|
| Signature | Date Signed | City, State of Residence |

## ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this Appearance Bond;
(2) Defendant shall be released from custody and shall remain at liberty so long as he or she complies with the provisions of this Appearance Bond, or until further order of the Court.

**July 21, 2022**
Date Signed

Paula L. McCandlis
UNITED STATES MAGISTRATE JUDGE

*cc: Defendant, Defense Counsel, U.S. Attorney, U.S. Marshal, Pretrial Services*

Query   Reports   Utilities   Help   What's New   Log Out

BOND,CLOSED,PASSPORT

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CRIMINAL DOCKET FOR CASE #: 2:22-mj-00327-PLM All Defendants

| | |
|---|---|
| Case title: USA v. Wahi et al | Date Filed: 07/21/2022 |
| Other court case number: 22-cr-392 Southern District of New York | Date Terminated: 07/21/2022 |

Assigned to: Hon. Paula L McCandlis

### Defendant (1)

**Ishan Wahi**
*TERMINATED: 07/21/2022*

represented by **Corey Endo**
FEDERAL PUBLIC DEFENDER'S OFFICE (SEA)
1601 5TH AVE
STE 700 WESTLAKE CENTER OFFICE TOWER
SEATTLE, WA 98101
206-553-1100
Email: corey_endo@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**     **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**     **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**     **Disposition**

Conspiracy to Commit Wire Fraud -
18:1349 (1-2)
Wire Fraud - 18:1343 and 2 (3-4)

Assigned to: Hon. Paula L McCandlis

### **Defendant (2)**

| | |
|---|---|
| **Nikhil Wahi** <br> *TERMINATED: 07/21/2022* | represented by **Peter A. Camiel** <br> CAMIEL & CHANEY PS <br> 2815 ELLIOTT AVE <br> STE 100 <br> SEATTLE, WA 98121 <br> 206-636-1725 <br> Email: petercamiel@yahoo.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Conspiracy to Commit Wire Fraud - <br> 18:1349 (1) <br> Wire Fraud - 18:1343 and 2 (3) | |

### **Plaintiff**

| | |
|---|---|
| **USA** | represented by **Miriam R Hinman** <br> UNITED STATES ATTORNEY'S <br> OFFICE <br> 700 STEWART STREET <br> STE 5220 <br> SEATTLE, WA 98101 <br> 206-553-4650 |

Email: miriam.hinman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2022 | 1 | CHARGING DOCUMENT RECEIVED FROM the Southern District of New York as to Ishan Wahi, Nikhil Wahi. (SNP) (Entered: 07/21/2022) |
| 07/21/2022 |  | Arrest of Ishan Wahi and Nikhil Wahi on 7/21/2022. (SNP) (Entered: 07/21/2022) |
| 07/21/2022 | 4 | Minute Entry for proceedings held before Hon. Paula L McCandlis- CRD: *S. Prather*; AUSA: *Miriam Hinman*; Def Cnsl: *Corey Endo*; PTS: *Chandra Wageman*; Court Reporter: *Zoom Recording*; Time of Hearing: *2:00PM*; Courtroom: *Zoom*; **INITIAL APPEARANCE AND DETENTION HEARING IN RULE 5(c)(3) PROCEEDINGS** as to Ishan Wahi held on 7/21/2022. Defendant present in custody and appearing telephonically from the FDC. Defendant consents to appear remotely. Defendant advised of rights. Appearance entered by Corey Endo for Ishan Wahi for the purpose of this hearing only. Defendant advised of charges and penalties in the Southern District of New York. Defendant waives Identity Hearing. Court signs Order of Transfer. Parties agree with PTS recommendation for release. Defendant ORDERED released and placed on bond with special conditions. (SNP) (Entered: 07/22/2022) |
| 07/21/2022 | 5 | Appearance Bond Entered as to Ishan Wahi (1) PR w/ PTS Supervision and special conditions. (cc: PTS/USPO/USMO) (SNP) (Entered: 07/22/2022) |
| 07/21/2022 | 6 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to the Southern District of New York as to Ishan Wahi by Hon. Paula L McCandlis. (cc: PTS, USMO) (SNP) (Entered: 07/22/2022) |
| 07/21/2022 | 7 | Minute Entry for proceedings held before Hon. Paula L McCandlis- CRD: *S. Prather*; AUSA: *Miriam Hinman*; Def Cnsl: *Peter Camiel*; PTS: *Chandra Wageman*; Court Reporter: *Zoom Recording*; Time of Hearing: *2:00PM*; Courtroom: *Zoom*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS** as to Nikhil Wahi held on 7/21/2022. Defendant present in custody and appearing telephonically from the FDC. Defendant consents to appear remotely. Defendant advised of rights. Appearance entered by Peter A. Camiel for Nikhil Wahi for the purpose of this hearing only. Defendant advised of charges and penalties in the Southern District of New York. Defendant waives Identity Hearing. Court signs Order of Transfer. Parties agree with PTS recommendation for release. Defendant ORDERED released and placed on bond with special conditions. (SNP) (Entered: 07/22/2022) |
| 07/21/2022 | 8 | Appearance Bond Entered as to Nikhil Wahi (2) PR w/ PTS Supervision and special conditions. (cc: PTS/USPO/USMO) (SNP) (Entered: 07/22/2022) |
| 07/21/2022 | 9 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to the Southern District of New York as to Nikhil Wahi by Hon. Paula L McCandlis. (cc: PTS, USMO) (SNP) (Entered: 07/22/2022) |
| 07/21/2022 | 10 | LETTER to the Southern District of New York regarding Rule 5 Transfer as to defendants Ishan Wahi and Nikhil Wahi. (SNP) (Entered: 07/22/2022) |

| | | | |
|---|---|---|---|
| 07/27/2022 | 11 | Receipt for Surrender of Passport as to Nikhil Wahi. Passport issued by India. (SNP) (Entered: 07/27/2022) | |