March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

            -v-

NIKHIL WAHI, et al.        ,

                Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

 22 -CR- 392  (LAP) (___)

Defendant __Nikhil Wahi_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___  Initial Appearance/Appointment of Counsel

_x_  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

___  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence

_____  
Defendant's Signature  
(Judge may obtain verbal consent on Record and Sign for Defendant)

 Nikhil Wahi  
_____  
Print Defendant's Name

_____  
*Kristen Mohr*  
Defense Counsel's Signature

 Kristen Mohr  
_____  
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_____  
Date

_____  
U.S. District Judge/U.S. Magistrate Judge