March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -v-

NIKHIL WAHI, et al.,

              Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

  22  -CR-  392  (LAP) (___)

Defendant __Nikhil Wahi_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_     Initial Appearance/Appointment of Counsel

_x_     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_     Preliminary Hearing on Felony Complaint

\_\_\_     Bail/Revocation/Detention Hearing

\_\_\_     Status and/or Scheduling Conference

\_\_\_     Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Nikhil Wahi
_____
Print Defendant's Name

_____
Defense Counsel's Signature

Kristen Mohr
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

8/4/2022
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge