UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-against-<br><br>ISHAN WAHI, NIKHIL WAHI,<br><br>    Defendants. | No. 22 CR 392 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court held an initial conference in this matter on August 3, 2022, at which Defendants Ishan and Nikhil Wahi were presented, arraigned, and released on bail.

  The agreed upon schedule for any pre-trial motions is as follows:

  January 9, 2023  Motions due
  January 30, 2023  Oppositions due
  February 13, 2023  Replies due

  The parties shall appear for a pre-trial conference on March 22, 2023, at 10 a.m. in Courtroom 12A.

**SO ORDERED.**

Dated: August 4, 2022
    New York, New York

          *Loretta A. Preska*
          _____
          LORETTA A. PRESKA
          Senior United States District Judge