

45 West 29th Street, Suite 303
New York, New York 10001
CHAUDHRYLAW.COM

August 15, 2022

*BY ECF*

The Honorable Judge Loretta A. Preska
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

>   *Re:    United States v. Nikhil Wahi, et al.,* 22 Cr. 392 (LAP)

Dear Judge Preska:

We represent Nikhil Wahi in the above-referenced matter. On consent with the government, we write to respectfully request a modification of Mr. Wahi's bond conditions.

On August 3, 2022, this Court set Mr. Wahi's conditions of release which included, as agreed upon by the parties, location monitoring by GPS and a curfew from 9:00 p.m. to 6:00 a.m.  However, the Appearance Bond generated by Pretrial Services failed to note the curfew.

In discussing this with the government in advance of submitting this letter, we obtained the government's agreement that a curfew is an unnecessary condition for Mr. Wahi's pre-trial release, and that "Stand Alone" GPS location monitoring for Mr. Wahi would be appropriate instead.  Accordingly, we respectfully request that this Court modify the current conditions of release as to Mr. Wahi to indicate that Mr. Wahi is subject to Stand Alone Monitoring within WDWA and SDNY, as noted in subsection (7)(p) of the Appearance Bond.

We have conferred with the government, which consents to this request.

We appreciate Your consideration of this request.

Respectfully submitted,

*/s/*

Kristen Mohr


SO ORDERED:

_____
HONORABLE LORETTA A. PRESKA
United States District Judge


Cc:    AUSAs Noah Solowiejczyk and Nicolas Roos (*via* email)