

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

August 16, 2022

**BY ECF**

Honorable Lorretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *United States v. Ishan Wahi, et al.*, No. 22 Cr. 392 (LAP)

Dear Judge Preska:

    Please find enclosed a proposed protective order in the above-referenced matter for the Court's consideration.

                                            Respectfully submitted,

                                            DAMIAN WILLIAMS
                                            United States Attorney

                       by: /s/ _____
                          Noah Solowiejczyk
                          Nicolas Roos
                          Assistant United States Attorneys
                          (212) 637-2473 / 2421

Cc:    Defense Counsel (by ECF)