

147 West 25th Street, 12th Floor
New York, New York 10001
CHAUDHRYLAW.COM

November 11, 2022

<u>*Via* ECF</u>

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *United States v. Nikhil Wahi*, **22-CR-392 (LAP)**

Your Honor:

  We represent defendant Nikhil Wahi in the above-reference matter. Mr. Wahi lives in Seattle, Washington, and is subject to GPS location monitoring. I write to respectfully request that the Court approve Mr. Wahi's travel to San Francisco, California, from November 12, 2022, to November 16, 2022, so that Mr. Wahi may participate in the marriage of a very close friend.

  As part of the conditions of release that the Court set for Mr. Wahi on July 21, 2022, (continued on August 3, 2022), Mr. Wahi must live in his apartment in Seattle, wear a GPS ankle-monitor at all times, and his travel is restricted to the Western District of Washington (WDWA) and the Southern and Eastern Districts of New York. Mr. Wahi has complied with all the terms of his conditions of release to date. Mr. Wahi would like to travel to San Francisco by plane, departing on November 12th and returning to his home in Seattle on November 16th.

  Timisha Gilbert, U.S. Pretrial Services Officer for the WDWA, has informed us that based upon WDWA policy, she opposes the request; however, should the Court approve the travel request, she will accommodate as directed. AUSA Noah Solowiejczyk opposes this request based on Pretrial Services' opposition.

Priya Chaudhry    PRIYA@CHAUDHRYLAW.COM    212.785.5551

Hon. Loretta A. Preska
November 11, 2022
Page 2 of 2

      We respectfully request that the Court grant Mr. Wahi permission to travel to San Francisco from November 12, 2022, to November 16, 2022.

      We appreciate Your consideration of this request.

                                        Very truly yours,

                                        Priya Chaudhry

                              SO ORDERED:

                              _____
                              Honorable Loretta A. Preska
                              United States District Judge

cc:    AUSA Noah Solowiejczyk (*via* ECF)
       AUSA Nicolas Roos (*via* ECF)