

147 West 25th Street, 12th Floor
New York, New York 10001
chaudhrylaw.com

November 29, 2022

<u>*Via* ECF</u>

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Nikhil Wahi*, 22-CR-392 (LAP)

Your Honor:

    We represent defendant Nikhil Wahi in the above-reference matter which is currently scheduled for a sentencing hearing on December 13, 2022. Based on new information learned during a conversation with the government this afternoon, I respectfully request an adjournment of Mr. Wahi's sentencing hearing to either January 3 or 4, 2023, or the week of January 9, 2023.

    The government consents to this request for an adjournment.

Priya Chaudhry    priya@chaudhrylaw.com    212.785.5551

We appreciate Your consideration of this request.

Very truly yours,

Priya Chaudhry

SO ORDERED:

_____
Honorable Loretta A. Preska
United States District Judge

cc:    AUSA Noah Solowiejczyk (*via* ECF)
       AUSA Nicolas Roos (*via* ECF)