# EXHIBIT A

*United States v. Nikhil Wahi*, Case No.: 22-CR-392 (LAP)

| EXHIBIT A—LETTERS | EXHIBIT INDEX | RELATIONSHIP |
|---|---|---|
| EXHIBIT A-1 | Letter by Kavita Wahi | Nikhil's Mother |
| EXHIBIT A-2 | Letter by Shyla Minocha | Nikhil's Cousin |
| EXHIBIT A-3 | Letter by Salil Kapoor | Nikhil's Family Member |
| EXHIBIT A-4 | Letter by Krishna Thaker | Nikhil's College Friend |
| EXHIBIT A-5 | Letter by Ankur Gupta | Nikhil's College Friend |
| EXHIBIT A-6 | Letter by Anweshita Das | Nikhil's College Friend |
| EXHIBIT A-7 | Letter by Asavari Tayal | Nikhil's College Friend |
| EXHIBIT A-8 | Letter by Girish Minocha | Nikhil's Family Member |
| EXHIBIT A-9 | Letter by Shrujan Cheruku | Nikhil's Close Friend |
| EXHIBIT A-10 | Letter by Pranathi Tupakula | Nikhil's Partner |
| EXHIBIT A-11 | Letter by Anurag Choudhary | Nikhil's Close Friend |

# EXHIBIT A-1

*United States v. Nikhil Wahi*, Case No.: 22-CR-392 (LAP)

Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Preska,

My name is Kavita Wahi and I am the mother of Nikhil Wahi. I am self-employed and have an apparel manufacturing unit. These garments are mostly made from handloom textiles and promote traditional Indian craft techniques.

Nikhil since his childhood has been very sincere, hard-working, and has a strong sense of responsibility. He did well in his school in India and in undergraduate studies with dual degrees in Computer Sciences and Economics at the University of Urbana-Champaign, Illinois.
Nikhil has always been academically inclined and it was our duty as his parents to provide him with the best possible platform we could, to further his interests. We have wanted a good education and a strong value system to be our legacy for our children. It has been a financial strain to fund Nikhil's education in the USA, but we knew that was the best environment for him to learn in and grow. We had to use up a large part of our savings and had to adjust our lifestyle to curtail our everyday expenses.

Nikhil learnt well and has shown himself to be an asset to society.
He has always been very respectful towards all his elders, teachers, classmates, and colleagues at work. Nikhil has deep-rooted core humane values instilled in him.

An instance where I deeply felt Nikhil's sensitivity was when he was home this March. My husband has been having a ███████████████████. I was under a lot of stress handling the situation ████████████████████████████████████████████. Nikhil just took over, the visits to various doctors, the hospital visits and just sitting by his father's bedside all through. This gave me time to recover from my mental and physical strain. He provided very positive support to both my husband and me.

Every time he visits home, in India, which is for about a month once a year, he makes arrangements for food distribution to the homeless.

In 2019 Nikhil went on a volunteer trip to Bali. There he volunteered at a turtle sanctuary, helped in beach cleaning, distributed school supplies, spent time with children at an orphanage, and distributed water filters in a village.

While in high school in India, he would regularly visit shelters for abandoned dogs where he would play with them, feed them and help keep the area clean.

He also led his school team in a documentary film competition to make a documentary on the everyday life of the visually impaired. They spread the message of Gainful Employment for the Visually Challenged through this documentary. This documentary was uploaded on YouTube and its screening was organized at various schools. The team could help the visually challenged with some employment opportunities.

Nikhil has also volunteered at Give Food Foundation, a Non-Government Organisation, that provides free meals for the underprivileged.

I sincerely feel that Nikhil has a good character and is always ready to extend a helping hand to anyone in need.

I always have only heard good things said about him from whosoever has connected with him and am very proud of his calm and peaceful aura.  I strongly believe that he will follow a path of goodness, gratitude, and grace.

Nikhil's grandmothers, uncles, aunts, and cousins -the entire family are praying for his strength and well-being as he navigates alone through the present challenges, far from home and his support system.

I very respectfully request that he be shown mercy, compassion and be given an opportunity to continue to make a positive contribution to the society.

Sincerely yours,

Kavita Wahi

# EXHIBIT A-2

*United States v. Nikhil Wahi*, Case No.: 22-CR-392 (LAP)

Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007


Dear Judge Preska,

My name is Shyla Minocha and I am Nikhil Wahi's cousin. I'm a 24 years old marketing professional in India. I was lucky enough to grow up with Nikhil as an older brother. He has been a companion, an inspiration, a helping hand and so much more. I have seen him set an example as an excellent son, sibling, student, and worker. To say that Nikhil has had a positive impact on my life would be an understatement.

Growing up, among all my cousins, I've always related to Nikhil the most. Closest to me in age he also loved to read and shared a similar sense of humor. He always stood up for me and made me feel included. I mimicked his behavior a lot, viewing Nikhil as a blueprint for how to conduct myself in our family - something that extended to the person I have become today. I'll share an insight of many as to how his care, thoughtfulness, and dependability have influenced me.

In our childhood, our grandparents would host our families every weekend. Initially, this was a tradition I dreaded, hating the long drive and wanting Sundays to myself.
However, week after week we were always greeted by Nikhil, who never failed to show up at their house, first thing in the morning. He'd be there, helping our grandparents in the kitchen or garden. He'd be there, studying or playing a game. He would make himself at home, knowing how much it meant to our grandparents to have that quality time. Seeing him continuously show up and making their week brighter, motivated me to do the same. You could always count on Nikhil to be around, and I wanted to be that kind of warm, dependable person. Those weekends shaped the strong relationship I grew to have with my grandparents - a gift that I owe to the example Nikhil continuously set.

Over the years I've continued to learn from how he conducts himself and is always so giving. Nikhil sees a wobbly table in our house and quietly fixes it. He notices someone getting upset and lightens the mood. He listens to our work problems and immediately does his best to find solutions. Nikhil is the person you call when you need help, knowing you can count on him.

Another example of Nikhil's dependability is when he helped me pass my high school finals. I was not the best student and was on the verge of failing a core subject. I turned to my family at the eleventh hour for help, and Nikhil came through for me. He cleared his own schedule to spend the day tirelessly guiding me through researching and writing a project. He remained

characteristically calm and level-headed, helping me overcome a hurdle that I needed to graduate.

It's always been easy to count on Nikhil in situations like this. He's the type of person who will never make you feel bad for needing help, remains patient, and goes above and beyond to do his best. I've been very blessed to have grown up with someone like that. He is a pillar of our family and someone who has so much good to offer the world.

His grace and humility under the current circumstances reflect his unimpeachable character. He has continued to remain a rock for family and friends through difficult times. I hope this gives you some insight into who Nikhil Wahi is, what he means to the people in his life, and will consider it while making your decision.

Best Regards,

Shyla Minocha

# EXHIBIT A-3

*United States v. Nikhil Wahi*, Case No.: 22-CR-392 (LAP)

# SALIL KAPOOR
## ADVOCATE
## Litigation & Tax Consultancy

Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Honorable Judge Preska,

I am Salil Kapoor, a lawyer practicing in the Tax Tribunal, High Courts, and Supreme Court of India for the past 41 years. I have also served as a judge in the Income Tax Appellate Tribunal.

Nikhil Wahi is my wife's nephew, and I have known him to be compassionate, considerate and a man of moral rectitude. I will elaborate briefly.

While living in the USA, he has regularly stayed connected with all the family elders in India, including myself. I see his compassion shine through as he has always allocated a significant percentage of his limited time during his India visits in attending to ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ as well as taking time out for social causes for the underprivileged.

About four years ago when Nikhil was in India, I requested him to meet my friend's son to guide him about the best universities and courses in the US for computer engineering. Nikhil came forward and helped him through the entire process. I got a very positive feedback from the family about Nikhil's thorough counseling.

In February 2020, Nikhil was in India to attend my daughter's wedding. I had my hands full with my professional and personal obligations. Nikhil sensed that and offered to provide me with clerical & administrative support. It was not the quantum of work he did for me, but rather the spirit with which he was available.

I state clearly and in the most unequivocal terms that I have the greatest respect for the law and justice delivery system in the USA.

I also can very confidently say that Nikhil has several coveted personality traits that society desires, which is why I believe that he deserves a second chance.

I humbly request that Nikhil be shown mercy and be given a sentence of probation.

Respectfully yours,

Salil Kapoor

October 31, 2022

SALIL KAPOOR
Advocate

# EXHIBIT A-4

*United States v. Nikhil Wahi*, Case No.: 22-CR-392 (LAP)

Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Preska:

My name is Krishna Thaker. I live in San Francisco and work as a finance professional at a bay area family office. My parents live in Portland, OR and my sister and her husband live in New Jersey. My family is a first-generation immigrant family; we moved to the US from India when I was 17 and my parents were in their early 50s. I went straight to college when I moved here, which is where I met Nikhil Wahi through some mutual friends.

We met as new freshmen during the first week of college and have remained close friends for 9 years. We initially became good friends when my laptop broke within 10 days of our first semester starting, and Nikhil happened to be there – he comforted me while I was anxious and teary-eyed, helped send my broken laptop to IT services for a fix, and offered to loan me his laptop for a few hours to complete homework. I was hesitant at first but my laptop didn't get fixed for a good two weeks, and every day of those weeks Nikhil loaned me his laptop for 3-4 hours after his classes so I could complete my school work. That was my first encounter with Nikhil's generosity and kindness. Nikhil has profoundly impacted me throughout my life, and I owe him a lot for the person I am today. I grew up with a very narrow mindset and rigid beliefs in India because of the bubble of conservatism my family lived in, but Nikhil taught me the importance of questioning statements, verifying facts, thinking critically and forming my own opinions. We would have debates about politics or religious traditions where, looking back, my arguments were quite uninformed. He never tried to prove me wrong or put me down, but he would encourage me to consider a variety of perspectives in developing my opinions – he taught me how to debate respectfully, and why I should intently listen to those with differing perspectives than mine. These skills continue serving me well today not only as a responsible citizen of society but also as a professional.

Through our many debates and discussions, I discovered the quality of Nikhil I appreciate the most, which is his ability to recognize when he is wrong, own up to his mistake, hold himself accountable and strive for self-growth and self-improvement. This quality is rare to find in many grown adults, and is something Nikhil has demonstrated early on when we met as freshmen. During the early days of college, I struggled with the transition of becoming independent as back home I was spoilt by my mom who would cook me food and do my chores so I could focus on school. There were days I would skip meals or eat junk food to save time for school or sleep, so Nikhil would check in on me often to make sure I was eating well, staying active and taking care of myself. Sometimes he would workout with me to keep me accountable and motivated. Nikhil was a patient teacher when I didn't understand a few concepts in the economics classes we took together. He enjoyed mentoring a lot and was passionate about teaching and supporting others – friends and strangers – but he would rarely take credit for his help or effort. He was a tutor for computer science classes and got so much joy from helping others learn. I remember him excitedly discussing with me the problems he helped his students solve during his office hours, even though they totally went over my head. Nikhil has continued to help me develop my skills years past college. A couple years ago for a work project I needed to process a lot of data that lived in different excel files. I described the problem to Nikhil, knowing there must be a way to code and automate the

solution. Nikhil taught me over zoom how to write some basic python scripts which would cut my manual data analysis work by multiple hours for many projects! He reminded me that learning new technical skills didn't need to stop with college. Moreover, he taught me a directly applicable skill that improved my work productivity and efficiency. I owe Nikhil for teaching me another important life skill. I never learnt how to drive in India or in the US throughout college, but I finally got a learner's permit after graduating college. After a short course at a driving school, Nikhil spent countless hours each weekend for a few months sitting next to me in his car, helping me practice and build my confidence with driving. I saved so much money in practicing with him but he sacrificed 100+ hours overall for nothing in return. I know he also helped another one of our friends learn to drive after me.

Throughout college Nikhil has been there for me and many other of our mutual friends in moments of difficulty or crisis. Nikhil has intervened multiple close calls ███████████████████████ ██████████████████████████████████████████. He would begrudgingly agree yet never decline to be the designated driver when our friends went out as he was one of the only people in our friend group with a car. He has driven, walked and bussed me and our friends to our homes countless times after night outs to make sure we got home safely. During our last year in college █████████████████████ █████████████ and found a confidant in Nikhil. ████████████████████████████████████



████████████████████████████████████████████████████████████████████████████████████.
Despite disagreeing with my decision to not report the incident or perpetrator, Nikhil supported me and honored my wishes. The one day I owe him for the most was when he woke up in the middle of the night and drove me to the airport in Chicago at 4am from our campus town – a 7 hour round-trip drive – because I had overslept and missed the bus I needed to take to fly to New York where I was the officiant for my sister's wedding ceremony later that day. I wouldn't have made it in time had I missed the flight and Nikhil was once again there to support me in a time of crisis without complaining much about it. Not just with his words and wisdom, he has supported his friends monetarily as well; he had lent one of our friends multiple months of rent money in recent years when she were going through a difficult time.

By now I hope you have a sense for the incredibly kind, giving and thoughtful person Nikhil Wahi is. I aspire to be like him in many ways. I am aware that Nikhil has pleaded guilty to wire fraud but that in no way impacts my incredibly high opinion of him and his character. I care about him and respect him as I always have and always will. It is now my turn to support Nikhil through a trying time, and I know he has a small village of close family and friends who love and care for him and will always support him because Nikhil supported them and positively impacted their lives in countless ways just as he did mine. I request you to please consider all of Nikhil's good qualities as you decide his sentence.

Sincerely,
Krishna Thaker

# EXHIBIT A-5

*United States v. Nikhil Wahi*, Case No.: 22-CR-392 (LAP)

Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Preska:

My name is Ankur Gupta. I live in San Francisco with my wife and I work as a Software
Developer. I am writing this letter to you in an effort to provide some insight into my impression
of Nikhil Wahi.

I have known Nikhil for around 9 years now. We went to college together for our undergrads,
and met through some mutual friends. We were both in the same major as well, and had a
number of the same classes so were able to help each other out a fair amount. Nikhil has been
extremely supportive and helpful throughout the time I have known him. I did not always have
an easy time with my classes and he was always willing to help bring me up to speed. He was
also consistently a reliable team member for any group project that we were working on
together.

In our junior year, when we started looking for jobs, I had a very tough time with the challenges
that companies would send me which would involve solving complex problems under a time
limit. I was often unable to think through the problems because of the time pressure. Nikhil
would frequently sit with me after the time was over to review the problem and make sure I was
prepared for the next time I had to solve a similar one. Those conversations helped me gain a
lot of confidence when it came to interviewing since we would try out different ideas and come
up with solutions together. The job hunt was a long and stressful process for me since I was on
a student visa, but even after Nikhil had already secured a position, he was still always available
to discuss my recent interview experiences. When I was working as a part time developer for
RailTEC at the university, I was tasked with building a full website. Being very inexperienced
with programming and working with tools I was not familiar with, this was quite a daunting task. I
spent a lot of time on this task and was not making progress fast enough to make the project
deadline. At some point, I discussed the problem with Nikhil and he was able to spend a few
hours with me to go over what I had done so far and identify better approaches that would
speed up the development time significantly. With his help, I was able to deliver a working
product to the team.

Aside from professionally, Nikhil has also just been a great friend to me. He has always been
available to help with stressful events like moving, often providing labor, transport and good
company. He once drove me and some of my more fragile belongings 130 miles from
Champaign to Chicago just for the sake of helping me during a stressful time. His support has
been invaluable to me and I am very grateful to have met him.

I know that Nikhil has pleaded guilty to wire fraud, but that has in no way affected my opinion of him. He has earned the love and support his friends and family provide to him. I hope my experiences having him as a friend convince you of how kind and caring he is as a person, and that you take this letter into consideration during sentencing.

Thank you for your time.
Best Regards,
Ankur Gupta

# EXHIBIT A-6

*United States v. Nikhil Wahi*, Case No.: 22-CR-392 (LAP)

Honorable Loretta A. Preska

United States District Judge

United States District Court

Southern District of New York

500 Pearl Street

New York, New York 10007


Dear Judge Preska:


My name is Anweshita Das. I am a first year Ph.D. student in Information Systems at Rensselaer

Polytechnic Institute. I am 27 years old, and have an undergraduate degree in Mathematics, a

graduate degree in Business Analytics, and prior to my Ph.D., I was working as a business

analyst at a start-up in India.


I have known Nikhil since 2014. I met him when I was a freshman in college at the University of

Illinois, and he was a sophomore. We met through a mutual friend and began speaking when

Nikhil started tutoring me for a computer science course. Over the following months, we became

friends, and have been friends ever since.


Nikhil always helped me throughout college, be it through tutoring, or giving me advice, or even

lending me money. When he started tutoring me, I didn't know anything about computer science,

and was struggling in class. Despite having a heavy workload for his classes, Nikhil happily set

aside time to teach me, and even put me in touch with his other friends who he thought could

help me learn the subject better. His tutoring ultimately helped me get a better grade in that class.


As an international student, I missed my family a lot. I didn't have any close relatives in the

U.S., and Nikhil would regularly spend time with me studying, watching movies, or just giving

me company. Being away from home also led to communication gaps between my parents and I,

and Nikhil often helped resolve these gaps. I remember one occasion where I had had a fight

with my parents and was unavailable on the phone. Naturally, they got worried, and Nikhil was

one of the people they contacted, in an attempt to speak with me. Even though it was late at

night, Nikhil spoke to them at length, and consoled them. Later, he persuaded me to talk to them, which consequently helped resolve the fight. Without his help, and advice, that fight could have blown out of proportion. This was just one of the many times where he gave me good advice, and it was because of him that I felt less lonely away from home.

During college, I had taken out student loans to pay for my degree and didn't feel comfortable asking my parents for money. Nikhil lent me $500 at the time to help me pay for my rent, without which I would have likely been evicted. To this day, he hasn't asked for that money back.

Even in small ways, Nikhil helped people without realizing it. He'd pay for meals, share advice freely, and always push people to do the right thing. I know that Nikhil has pleaded guilty to wire fraud, and I also know that it doesn't change how I think of him and remember him at all. To me, Nikhil will always be the friend that supported me however he could – sometimes by making me a meal, other times by studying with me for finals week, and some other times by lending me money to pay my rent. Irrespective of what he is sentenced to, I will always think of him as a close friend, someone that I am grateful to know.

I request that you consider the examples in this letter as proof of Nikhil being a good man, and that you are merciful in your sentence. I hope this letter moves you to grant him a sentence of probation. Thank you for taking the time to read this letter.

Yours Sincerely,
Anweshita Das.

# EXHIBIT A-7

*United States v. Nikhil Wahi*, Case No.: 22-CR-392 (LAP)

Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Preska

My name is Asavari Tayal. I am a resident of Fremont, CA, and work as a Director of Product Management at a Software-as-a-Service company. I am a friend of Nikhil Wahi's and have known him for almost 10 years. I met Nikhil in college at the University of Illinois at Urbana Champaign as we both shared classes in the Computer Engineering program. Although we started off as classmates, we quickly became good friends. I'm writing this letter to share my opinion and experience of who Nikhil is as a person. I hope to provide you with a perspective on Nikhil, my friend, rather than just Nikhil, the defendant.

In college, Nikhil and I were study mates and lab partners for multiple classes. He was always my top choice to collaborate with because of his strong work ethic and dependable nature. One instance specifically comes to mind when I requested Nikhil's help at 9 pm to tutor me for an 8 am Physics exam. Although my ask was unreasonable, Nikhil selflessly showed up to provide his support despite having multiple deadlines and an early morning himself. He was committed to helping me grade the odd hour. As a woman in a male-dominated engineering program, I often felt like my opinions were discounted by my other classmates who would hesitate to pick a woman team member for school work. Nikhil, on the other hand, with his warm, respectful, and friendly nature, and equitable outlook made it much easier for me and others like me to overcome diversity challenges. He always valued the opinions and perspectives of everybody alike, admitted to his shortcomings, and helped others improve with him. Even in the professional world, I wish we had others like Nikhil.

Nikhil and I have stayed in touch over the years. While we may not talk very often, I know I can count on him. Nikhil is simply just one of those people who goes out of his way to help others. In one such experience, two years ago, during the peak of the pandemic in India, ███████████████████. Due to the shortage of medical care in India at the time, my family struggled to secure a hospital bed for my cousin. Desperate to do something, anything, I reached out to Nikhil to see if he was connected to a doctor in India and if he could help in any way. While Nikhil didn't personally know any doctors, he went above and beyond to help me out, despite being thousands of miles away in the US. He promptly amplified the need via social media and proactively reached out to both his and his father's network. At a time when finding medical care seemed almost impossible and dozens of friends and family could be of no help, Nikhil came through as I'd always known him to. Thanks to his efforts, within a day, ███████████████████████████████████████████. Unfortunately, the problems for my family were just starting.

After admitting my cousin, we needed specialized medicines which were next to impossible to find and were being sold on secondary markets at exorbitant rates. We also required multiple blood donations for my cousin's uncommon blood group. He was in intensive care for over a month in what was easily the most traumatic time that my family has ever faced. Many of our friends and even family simply gave up and lost all hope, but Nikhil and his family stood by our side as a beacon of support. They would reach out and check in on me and my family daily and were there for us every step of the way. While we lost my cousin, my family and I will forever be indebted to Nikhil and his family for their sympathy and active, steadfast support.

I can say with utmost confidence that Nikhil Wahi is a man who is dedicated to his work and friendships. For all the time that I've known him, he's strived hard to do well at both and has never failed to go over and beyond himself. I'm aware of the wire fraud case against Nikhil and that he has pleaded guilty in court, but that doesn't change the impact he has had on my life and my ability to trust him. My family and I will be there for Nikhil just as he's been there for us during the toughest of times. I kindly request you to consider Nikhil's good character as you decide on his sentence.

Sincerely,
Asavari Tayal

# EXHIBIT A-8

*United States v. Nikhil Wahi*, Case No.: 22-CR-392 (LAP)

Honorable Loretta A. Preska
United States District judge
United States District Court
Southern District of New Your
500 Pearl Street

October 23, 2022

Dear Judge Preska,

I am an Indian citizen, currently living and working in India. I got my MBA at Easter Michigan University in Ypsilanti, Michigan in 1993.  During 2000-2008 I worked in Ann Arbor, Michigan in the field of start-up Incubation & software.  My wife, my daughter and I were all Green Card holders in USA. My son was born in USA.  However, due to my mother's ███████, my family moved back to India in 2008.

Nikhil Wahi is my sister in law's son.  I have seen him grow from a 3-year-old cute baby to a 27-year-old confident young software professional.

Nikhil's sporting talent was well recognized at school, and he could have easily trained to play Cricket at national level.  However, in Grade 11 at school, Nikhil decided that he wanted to pursue Computer Sciences education in USA.  For next two years, I saw him show great maturity and self-control by prioritising studies over everything else in his life.

In the middle of his Grade 12 in school - I got a call from Nikhil all proud and excited, sharing how he had participated in creating a documentary to help Visually Impaired get better employment opportunities.  At the time, I remember telling him that this good work should count towards his college application.  However, I was impressed that Nikhil was not done yet.  He continued to be in touch with me over next several weeks until he had nudged me into hiring our first Visually Impaired team member and creating a conducive work environment for her.  I proudly recall that even as a young adult Nikhil wanted to make a difference.

In the last 9+ years that Nikhil has been living in USA, we have met at least once a year in person. We spend a fair bit of time talking about what he wants to do with his career.  Conversations are a lot more mature now.  He is very conscientious and wants his work to count for something.  I am proud of his levelheadedness.

At present, I am very pained to see what Nikhil is going through.  I understand that he confessed to having made a mistake.  To err is human.  Yet, his core upbringing and moral fabric is virtuous.  I have absolutely no doubt that given a fair chance, Nikhil will bounce back and lead a socially meaningful life.

Sincerely,

Girish Minocha

████████████████
████████████
███████, Gurugram, Haryana, India

# EXHIBIT A-9

*United States v. Nikhil Wahi*, Case No.: 22-CR-392 (LAP)

October 26, 2022

Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Preska,

I greatly appreciate you taking the time to read my letter and hearing
what I have to say.  My name is Shrujan, and I'm a computer engineer
based in Denver, Colorado. I've known Nikhil Wahi for the past eight
years, starting with my freshman year at the University of Illinois. He was
a Course Assistant on my Introduction to Computer Science class, and
ended up being my friend (and subsequently my roommate).

Summing up someone you've known for that long is a difficult
proposition, and I'm no writer. However, I will do my best to
communicate as to why I appreciate the person that he is, and why I will
support him despite his mistakes.

For my entire adult life, I've suffered from varying degrees of . The worst of it was during my
student days, and one person who was there for me then was Nikhil. He
never treated me differently or turned his back on me, ████████████
██████. He didn't show this through words, he showed it through real
actions.

I'm not talking about grand, life-changing gestures. It's the little things
such as reaching out and socialising, cleaning up after you, cooking a
meal, etc. What really mattered is that they were consistent moments,
and they happened with regularity over the years. I've seen a similar
attitude towards others in my time knowing him. He's always willing to
help anyone who asks, and will make a genuine effort to be there for
others.

For someone to do that for the best part of a decade is to me an incredible quality. Whether it's driving for hours in the middle of the night to help someone who missed a bus, or just cooking breakfast, it's the same empathy for others that makes him who he is. The consistency of this behaviour over time makes me sure of it. That's why I will support him when he needs it reciprocated.

I'm in no position to tell you what judgement he deserves for his mistakes. You are far more qualified than me to do so. However, the purpose of this letter is to tell you that he's not a man devoid of empathy, far from it. Watching the world media paint him as a villain was painful to everyone who knows him, but it also served to bring us closer.

I believe he's deserving of mercy because he understands what he's done wrong. I ask you to treat his guilty plea as evidence of said understanding. The ongoing court proceedings might highlight the worst of him, but that's not all he is. If you show him some compassion he will continue to be a meaningful, dependable presence in the lives of many. I can say this confidently, because he has been for me.


Sincerely yours,

Shrujan Cheruku

# EXHIBIT A-10

*United States v. Nikhil Wahi*, Case No.: 22-CR-392 (LAP)

Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007


Dear Judge Preska,

My name is Pranathi Tupakula and I am Nikhil Wahi's girlfriend. I have known him for 4 years and have been in a beautiful relationship with him throughout that time. I understand that Nikhil has pleaded guilty to wire fraud, and I am writing this letter in hopes that his long-standing kindheartedness and helpfulness will be taken into account during his sentencing.

I met Nikhil a few months after graduating college and moving to a new city; at a time when adulthood was new, confusing and overbearing. And I must say, meeting Nikhil was a blessing. He is the sort of kind, dependable and supportive person that is just so rare, and so fortunate to come by at a turbulent time in your life such as your early 20s. I remember even the first day that I met him through a friend, he was kind enough to walk me back to my house, at night, through downtown, just to ensure that I got home safely.

Nikhil was my biggest support system through many tough times. One such time that stands out is when I was being discriminated against at work. He helped me view such displeasurable occurrences in a non-diminishing manner. On many instances, even though my work was up to par in the organization that I was working at, I was often being told by my manager that the only reason he was keeping me in the organization was because I am a woman. This sort of rampant discrimination was also obvious at times of bonuses and promotions, where my manager would disclose to me other people's private information, such as when he chose to promote a new-graduate man with no experience, over me, a woman who had been on his team for over a year. Nikhil ensured that I didn't view myself as worthless in my career based on these comments. He helped me understand that these behaviors were not personally directed at me, rather they stemmed from general sexism in an industry that was still not used to women. He also helped me identify the various strengths and skills I bring to a workplace, not just as a woman, but as a working individual. He went above and beyond when I was looking for a new job to get out of the toxic environment that I was in, from helping me write resumes, and networking, to holding mock interviews and giving me critical feedback. He has personally helped me grow from being an unappreciated engineer to being an impactful manager in charge of an entire product in a short amount of time. It's impressive to me how Nikhil is only one year older, yet so patient, knowledgeable and accomplished.

Nikhil has not only helped me grow professionally, but also personally. Nikhil has been the core proponent in helping me strengthen my relationship with my immigrant family. My family and I often have contrasting views on core values, leading to hot-headed conflicts. He has taught me

how to be patient, and how to have effective conversations with people that have differing perspectives. My family and I now speak every day, and have built a healthy relationship with each other, thanks to Nikhil.

Nikhil has also inspired me to give back to the community with my time, love and money. Many times, when we were walking through our neighborhood riddled with homelessness, he would stop and ask a person in need what would help them. Whether they respond by saying food, clothing, blankets or just plain money, Nikhil ensures that he goes back the next day and brings it to them, oftentimes catching them by surprise and making their day. He has also personally helped me plan fundraising events at work that have raised thousands of dollars for those in need. Ever since Nikhil has been put on leave from his workplace, he has spent the extra time on his hands helping people far and near. He has helped Ukranians polish their English such that they can migrate to a new country and find a job. He has also been helping adults working towards their GED in our neighboring community college achieve their dreams and goals by taking a personal interest in their lives, guiding them and tutoring them in Math and English.

Nikhil is the sort of kind-hearted person who is always willing to lend a hand to someone in need, whether family, friend or stranger. He is also the sort of person whose spirit for creating good in the world is hard to squash. It is abundantly clear that Nikhil is deeply regretful for the offense that he committed, and yet he is still the same supportive person that everyone around him has come to love, and continues to love.

Best Regards,
Pranathi Tupakula

# EXHIBIT A-11

*United States v. Nikhil Wahi*, Case No.: 22-CR-392 (LAP)

Honorable Loretta A. Preska

United States District Judge

United States District Court

Southern District of New York

500 Pearl Street

New York, New York 10007


Dear Judge Preska,


My name is Anurag and I work as a senior software engineer at
███████ in Seattle. I've known Nikhil for about 7 years as a close
friend and can speak to his character, ambitions, and impact on those
around him.


I met Nikhil while attending undergraduate school (the University of
Illinois at Urbana-Champaign) in 2015. We, along with 4 others, were to
intern together at a startup in Chicago (NextCapital) over the summer
and I was introduced to him through a couple of mutual friends. I still
remember him shyly but firmly introducing himself over a drink asking
me if I were excited about the summer. We ended up talking about life in
a small college town, our goals after graduating, why he was doing a
double major, and our hobbies (he was quite active in the local cricket
community). His quick wit and contrarian views on rigid societal

structures was a breath of fresh air. I realized that we had a similar outlook towards the world and people, and I was excited to see our friendship grow.

The summer internship allowed us to bond over spending long hours working for the company, post-work events, staying in the same dorm-style apartments, him introducing me to the world of beers, and us carpooling to Champaign to meet our friends over the weekend. Nikhil would usually be at work before me, and would wide-eyed stare at me for showing up 30 minutes late and in a state of despair from rushing in. He would eventually share his joy in the long walk to work while listening to music (I used to take the subway). We would chat about the software frameworks we were using and the product areas we used to work in, and he'd back me up during company meetings. He also encouraged and prepped me to request for an extended internship over the next semester, which I was able to secure. During one of the company offsites to a casino, Nikhil was quick to realize that he was underage (he was 17 at the time) and had to miss out on the whole event which included a party bus to the venue. Upon expressing my sympathy for him having to miss out on the event the next day, he grinned and said that he had an amazing time meeting his friends who were in town and that he absolutely no regrets.

We continued to hang occasionally post that summer, and our group of common friends continued to grow. I graduated earlier than him, and it wasn't until 2018 until Nikhil decided to move to Seattle for his job at Salesforce.

Nikhil's been one of my closest friends in Seattle – we've hosted and been in countless house parties, toured the city, been on road trips, grown as people, and been there for each other ever since. Nikhil was there for me when I moved my couch from one apartment to another, when I felt unhappy about my dates, when I was deciding my next career move, when I wanted an introduction to a close connection of his. He's the kindest of my friends, and always willing to help when I need it. He's also my favorite opponent in a game of Secret Hitler, someone who would easily trust my lies, but would never get tired of it. He would reprimand me if I ever felt like I didn't deserve a promotion or if I was working too hard, and he would also be there for every celebration of mine. He's been to every housewarming party I've ever thrown in Seattle – and I've only met likeminded people through him (his girlfriend is another of my closest friends). Nikhil and I also play tennis frequently, and are frequent gym buddies – he's as helpful as he is theatrical in his roasts, and I absolutely enjoy it.

Judge Preska, Nikhil has only the best interests for everyone he interacts with and is close to – he goes above and beyond to ensure people are comfortable, happy, and feel important around him. The past events are only a ripple in his otherwise deep and pristine character. He's been an amazing friend, mentor, and role model for me. It would be futile and extremely painful to have any part of his future life be compromised in any way. He has shown incredible promise in his professional and personal endeavors and is a gift to the world. His humility and kindness will ensure that he lives the rest of his life with absolute honor and dignity. I request for your forgiveness and kindness as you decide his sentence and can't help but remind you that there are many, many others like me who are blessed to be part of Nikhil's life, and wish nothing but the best for him.

Sincerely,

Anurag Choudhary