# EXHIBIT C

*United States v. Nikhil Wahi*, Case No.: 22-CR-392 (LAP)

# United States Sentencing Commission



## *Statistical Information Packet*

### *Fiscal Year 2019*
### *Second Circuit*

# <u>TABLE OF CONTENTS</u>

**Figure A**  Federal Offenders by Type of Crime ............ 1

**Figure B**  Distribution of Primary Drug Type in Federal Drug Cases ....... 2

**Table 1**  Distribution of Federal Offenders by Type of Crime ....... 3

**Table 2**  Guilty Pleas and Trials in Each Circuit and District ....... 4

**Table 3**  Guilty Pleas and Trials by Type of Crime ....... 7

**Table 4**  Sentence Type by Type of Crime
(National) ....... 8

**Table 5**  Sentence Type by Type of Crime
(District) ....... 9

**Table 6**  Incarceration Rate of U.S. Citizen Offenders Eligible for Non-Prison
Sentences by Type of Crime ....... 10

**Table 7**  Sentence Length by Type of Crime ....... 11

**Table 8**  Sentence Imposed Relative to the Guideline Range ....... 12

**Table 9**  Sentence Imposed Relative to the Guideline Range
in Each Circuit and District ....... 13

**Table 10**  Sentence Imposed Relative to the Guideline Range
by Type of Crime ....... 16

### Figure A

### FEDERAL OFFENDERS BY TYPE OF CRIME
### Fiscal Year 2019

**National**



**Second Circuit**



The National figure includes the 76,538 cases reported to the Commission.  The Drugs category includes trafficking and simple possession.

The Second Circuit figure includes the 3,564 cases reported to the Commission.

SOURCE:  U.S. Sentencing Commission, 2019 Datafile, USSCFY19.

1

**Figure B**

**DISTRIBUTION OF PRIMARY DRUG TYPE IN FEDERAL DRUG CASES**
**Fiscal Year 2019**

**National**



**Second Circuit**



Of the 76,538 National cases, in 20,085 the offender was sentenced under USSG Chapter Two, Part D (Drugs).  Of these, one was
 excluded due to missing information on drug type.

Of the 3,564 cases from the Second Circuit, in 1,425 the offender was sentenced under USSG Chapter Two, Part D (Drugs).

SOURCE:  U.S. Sentencing Commission, 2019 Datafile, USSCFY19.

**Table 1**

**DISTRIBUTION OF FEDERAL OFFENDERS**
**BY TYPE OF CRIME**
**Fiscal Year 2019**

| TYPE OF CRIME | National | | Second Circuit | |
|---|---|---|---|---|
| | N | % | N | % |
| TOTAL | 76,538 | 100.0 | 3,564 | 100.0 |
| Administration of Justice | 698 | 0.9 | 35 | 1.0 |
| Antitrust | 20 | 0.0 | 0 | 0.0 |
| Arson | 68 | 0.1 | 7 | 0.2 |
| Assault | 787 | 1.0 | 61 | 1.7 |
| Bribery/Corruption | 341 | 0.4 | 50 | 1.4 |
| Burglary/Trespass | 64 | 0.1 | 1 | 0.0 |
| Child Pornography | 1,368 | 1.8 | 95 | 2.7 |
| Commercialized Vice | 90 | 0.1 | 12 | 0.3 |
| Drug Possession | 563 | 0.7 | 17 | 0.5 |
| Drug Trafficking | 19,830 | 25.9 | 1,391 | 39.0 |
| Environmental | 179 | 0.2 | 8 | 0.2 |
| Extortion/Racketeering | 185 | 0.2 | 39 | 1.1 |
| Firearms | 8,481 | 11.1 | 293 | 8.2 |
| Food and Drug | 48 | 0.1 | 2 | 0.1 |
| Forgery/Counter/Copyright | 276 | 0.4 | 9 | 0.3 |
| Fraud/Theft/Embezzlement | 6,390 | 8.3 | 537 | 15.1 |
| Immigration | 29,354 | 38.4 | 371 | 10.4 |
| Individual Rights | 68 | 0.1 | 5 | 0.1 |
| Kidnapping | 96 | 0.1 | 14 | 0.4 |
| Manslaughter | 74 | 0.1 | 0 | 0.0 |
| Money Laundering | 1,177 | 1.5 | 110 | 3.1 |
| Murder | 373 | 0.5 | 80 | 2.2 |
| National Defense | 195 | 0.3 | 8 | 0.2 |
| Obscenity/Other Sex Offenses | 393 | 0.5 | 15 | 0.4 |
| Prison Offenses | 628 | 0.8 | 16 | 0.4 |
| Robbery | 1,825 | 2.4 | 183 | 5.1 |
| Sexual Abuse | 1,165 | 1.5 | 81 | 2.3 |
| Stalking/Harassing | 223 | 0.3 | 11 | 0.3 |
| Tax | 547 | 0.7 | 73 | 2.0 |
| Other | 1,032 | 1.3 | 40 | 1.1 |

SOURCE:  U.S. Sentencing Commission, 2019 Datafile, USSCFY19.

3

**Table 2**

**GUILTY PLEAS AND TRIALS IN EACH CIRCUIT AND DISTRICT**
**Fiscal Year 2019**

| CIRCUIT District | TOTAL | PLEA | | TRIAL | |
|---|---|---|---|---|---|
| | | N | % | N | % |
| **TOTAL** | **76,538** | **74,709** | **97.6** | **1,829** | **2.4** |
| **D.C. CIRCUIT** | **331** | **315** | **95.2** | **16** | **4.8** |
| **District of Columbia** | **331** | 315 | 95.2 | 16 | 4.8 |
| **FIRST CIRCUIT** | **2,134** | **2,061** | **96.6** | **73** | **3.4** |
| **Maine** | **162** | 156 | 96.3 | 6 | 3.7 |
| **Massachusetts** | **476** | 442 | 92.9 | 34 | 7.1 |
| **New Hampshire** | **196** | 193 | 98.5 | 3 | 1.5 |
| **Puerto Rico** | **1,165** | 1,137 | 97.6 | 28 | 2.4 |
| **Rhode Island** | **135** | 133 | 98.5 | 2 | 1.5 |
| **SECOND CIRCUIT** | **3,564** | **3,408** | **95.6** | **156** | **4.4** |
| **Connecticut** | **349** | 337 | 96.6 | 12 | 3.4 |
| **New York** | | | | | |
| Eastern | **622** | 600 | 96.5 | 22 | 3.5 |
| Northern | **392** | 370 | 94.4 | 22 | 5.6 |
| Southern | **1,515** | 1,433 | 94.6 | 82 | 5.4 |
| Western | **520** | 505 | 97.1 | 15 | 2.9 |
| **Vermont** | **166** | 163 | 98.2 | 3 | 1.8 |
| **THIRD CIRCUIT** | **2,343** | **2,219** | **94.7** | **124** | **5.3** |
| **Delaware** | **122** | 117 | 95.9 | 5 | 4.1 |
| **New Jersey** | **620** | 598 | 96.5 | 22 | 3.5 |
| **Pennsylvania** | | | | | |
| Eastern | **627** | 583 | 93.0 | 44 | 7.0 |
| Middle | **505** | 476 | 94.3 | 29 | 5.7 |
| Western | **383** | 372 | 97.1 | 11 | 2.9 |
| **Virgin Islands** | **86** | 73 | 84.9 | 13 | 15.1 |
| **FOURTH CIRCUIT** | **5,790** | **5,610** | **96.9** | **180** | **3.1** |
| **Maryland** | **777** | 737 | 94.9 | 40 | 5.1 |
| **North Carolina** | | | | | |
| Eastern | **876** | 851 | 97.1 | 25 | 2.9 |
| Middle | **490** | 482 | 98.4 | 8 | 1.6 |
| Western | **538** | 521 | 96.8 | 17 | 3.2 |
| **South Carolina** | **1,058** | 1,034 | 97.7 | 24 | 2.3 |
| **Virginia** | | | | | |
| Eastern | **1,211** | 1,173 | 96.9 | 38 | 3.1 |
| Western | **243** | 235 | 96.7 | 8 | 3.3 |
| **West Virginia** | | | | | |
| Northern | **282** | 275 | 97.5 | 7 | 2.5 |
| Southern | **315** | 302 | 95.9 | 13 | 4.1 |

4

| CIRCUIT | | PLEA | | TRIAL | |
|---|---|---|---|---|---|
| District | TOTAL | N | % | N | % |
| **FIFTH CIRCUIT** | **21,369** | **21,168** | **99.1** | **201** | **0.9** |
| **Louisiana** | | | | | |
| **Eastern** | **294** | 283 | 96.3 | 11 | 3.7 |
| **Middle** | **186** | 174 | 93.5 | 12 | 6.5 |
| **Western** | **381** | 369 | 96.9 | 12 | 3.1 |
| **Mississippi** | | | | | |
| **Northern** | **188** | 187 | 99.5 | 1 | 0.5 |
| **Southern** | **456** | 444 | 97.4 | 12 | 2.6 |
| **Texas** | | | | | |
| **Eastern** | **724** | 710 | 98.1 | 14 | 1.9 |
| **Northern** | **1,556** | 1,518 | 97.6 | 38 | 2.4 |
| **Southern** | **7,815** | 7,756 | 99.2 | 59 | 0.8 |
| **Western** | **9,769** | 9,727 | 99.6 | 42 | 0.4 |
| | | | | | |
| **SIXTH CIRCUIT** | **5,321** | **5,108** | **96.0** | **213** | **4.0** |
| **Kentucky** | | | | | |
| **Eastern** | **557** | 510 | 91.6 | 47 | 8.4 |
| **Western** | **349** | 338 | 96.8 | 11 | 3.2 |
| **Michigan** | | | | | |
| **Eastern** | **879** | 843 | 95.9 | 36 | 4.1 |
| **Western** | **392** | 374 | 95.4 | 18 | 4.6 |
| **Ohio** | | | | | |
| **Northern** | **901** | 860 | 95.4 | 41 | 4.6 |
| **Southern** | **562** | 553 | 98.4 | 9 | 1.6 |
| **Tennessee** | | | | | |
| **Eastern** | **751** | 733 | 97.6 | 18 | 2.4 |
| **Middle** | **324** | 308 | 95.1 | 16 | 4.9 |
| **Western** | **606** | 589 | 97.2 | 17 | 2.8 |
| | | | | | |
| **SEVENTH CIRCUIT** | **2,456** | **2,364** | **96.3** | **92** | **3.7** |
| **Illinois** | | | | | |
| **Central** | **226** | 215 | 95.1 | 11 | 4.9 |
| **Northern** | **655** | 621 | 94.8 | 34 | 5.2 |
| **Southern** | **286** | 279 | 97.6 | 7 | 2.4 |
| **Indiana** | | | | | |
| **Northern** | **360** | 348 | 96.7 | 12 | 3.3 |
| **Southern** | **472** | 455 | 96.4 | 17 | 3.6 |
| **Wisconsin** | | | | | |
| **Eastern** | **269** | 262 | 97.4 | 7 | 2.6 |
| **Western** | **188** | 184 | 97.9 | 4 | 2.1 |
| | | | | | |
| **EIGHTH CIRCUIT** | **5,441** | **5,278** | **97.0** | **163** | **3.0** |
| **Arkansas** | | | | | |
| **Eastern** | **564** | 560 | 99.3 | 4 | 0.7 |
| **Western** | **258** | 257 | 99.6 | 1 | 0.4 |
| **Iowa** | | | | | |
| **Northern** | **415** | 396 | 95.4 | 19 | 4.6 |
| **Southern** | **493** | 474 | 96.1 | 19 | 3.9 |
| **Minnesota** | **382** | 354 | 92.7 | 28 | 7.3 |
| **Missouri** | | | | | |
| **Eastern** | **1,192** | 1,178 | 98.8 | 14 | 1.2 |
| **Western** | **772** | 748 | 96.9 | 24 | 3.1 |
| **Nebraska** | **527** | 515 | 97.7 | 12 | 2.3 |
| **North Dakota** | **329** | 318 | 96.7 | 11 | 3.3 |
| **South Dakota** | **509** | 478 | 93.9 | 31 | 6.1 |

| CIRCUIT | | PLEA | | TRIAL | |
| District | TOTAL | N | % | N | % |
|---|---|---|---|---|---|
| **NINTH CIRCUIT** | **14,785** | **14,502** | **98.1** | **283** | **1.9** |
| **Alaska** | **193** | 186 | 96.4 | 7 | 3.6 |
| **Arizona** | **5,610** | 5,570 | 99.3 | 40 | 0.7 |
| **California** | | | | | |
| **Central** | **1,143** | 1,071 | 93.7 | 72 | 6.3 |
| **Eastern** | **511** | 490 | 95.9 | 21 | 4.1 |
| **Northern** | **485** | 465 | 95.9 | 20 | 4.1 |
| **Southern** | **4,089** | 4,033 | 98.6 | 56 | 1.4 |
| **Guam** | **49** | 48 | 98.0 | 1 | 2.0 |
| **Hawaii** | **154** | 145 | 94.2 | 9 | 5.8 |
| **Idaho** | **372** | 364 | 97.8 | 8 | 2.2 |
| **Montana** | **385** | 373 | 96.9 | 12 | 3.1 |
| **Nevada** | **482** | 467 | 96.9 | 15 | 3.1 |
| **Northern Mariana Islands** | **11** | 11 | 100.0 | 0 | 0.0 |
| **Oregon** | **475** | 466 | 98.1 | 9 | 1.9 |
| **Washington** | | | | | |
| **Eastern** | **360** | 355 | 98.6 | 5 | 1.4 |
| **Western** | **466** | 458 | 98.3 | 8 | 1.7 |
| | | | | | |
| **TENTH CIRCUIT** | **6,526** | **6,458** | **99.0** | **68** | **1.0** |
| **Colorado** | **529** | 511 | 96.6 | 18 | 3.4 |
| **Kansas** | **465** | 454 | 97.6 | 11 | 2.4 |
| **New Mexico** | **3,951** | 3,938 | 99.7 | 13 | 0.3 |
| **Oklahoma** | | | | | |
| **Eastern** | **101** | 94 | 93.1 | 7 | 6.9 |
| **Northern** | **217** | 212 | 97.7 | 5 | 2.3 |
| **Western** | **407** | 401 | 98.5 | 6 | 1.5 |
| **Utah** | **674** | 670 | 99.4 | 4 | 0.6 |
| **Wyoming** | **182** | 178 | 97.8 | 4 | 2.2 |
| | | | | | |
| **ELEVENTH CIRCUIT** | **6,478** | **6,218** | **96.0** | **260** | **4.0** |
| **Alabama** | | | | | |
| **Middle** | **260** | 249 | 95.8 | 11 | 4.2 |
| **Northern** | **545** | 528 | 96.9 | 17 | 3.1 |
| **Southern** | **376** | 365 | 97.1 | 11 | 2.9 |
| **Florida** | | | | | |
| **Middle** | **1,594** | 1,517 | 95.2 | 77 | 4.8 |
| **Northern** | **309** | 292 | 94.5 | 17 | 5.5 |
| **Southern** | **1,987** | 1,902 | 95.7 | 85 | 4.3 |
| **Georgia** | | | | | |
| **Middle** | **420** | 401 | 95.5 | 19 | 4.5 |
| **Northern** | **513** | 497 | 96.9 | 16 | 3.1 |
| **Southern** | **474** | 467 | 98.5 | 7 | 1.5 |

Of the 76,538 National cases, no cases were excluded.

SOURCE:  U.S. Sentencing Commission, 2019 Datafile, USSCFY19.

**Table 3**

**GUILTY PLEAS AND TRIALS BY TYPE OF CRIME**
**Fiscal Year 2019**

| TYPE OF CRIME | TOTAL | National | | | | Second Circuit | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | PLEA | | TRIAL | | PLEA | | TRIAL | |
| | | N | % | N | % | N | % | N | % |
| TOTAL | 76,538 | 74,709 | 97.6 | 1,829 | 2.4 | 3,408 | 95.6 | 156 | 4.4 |
| Administration of Justice | 698 | 660 | 94.6 | 38 | 5.4 | 31 | 88.6 | 4 | 11.4 |
| Antitrust | 20 | 20 | 100.0 | 0 | 0.0 | 0 | -- | 0 | -- |
| Arson | 68 | 58 | 85.3 | 10 | 14.7 | 5 | 71.4 | 2 | 28.6 |
| Assault | 787 | 733 | 93.1 | 54 | 6.9 | 59 | 96.7 | 2 | 3.3 |
| Bribery/Corruption | 341 | 307 | 90.0 | 34 | 10.0 | 43 | 86.0 | 7 | 14.0 |
| Burglary/Trespass | 64 | 62 | 96.9 | 2 | 3.1 | 1 | 100.0 | 0 | 0.0 |
| Child Pornography | 1,368 | 1,326 | 96.9 | 42 | 3.1 | 94 | 98.9 | 1 | 1.1 |
| Commercialized Vice | 90 | 82 | 91.1 | 8 | 8.9 | 10 | 83.3 | 2 | 16.7 |
| Drug Possession | 563 | 560 | 99.5 | 3 | 0.5 | 17 | 100.0 | 0 | 0.0 |
| Drug Trafficking | 19,830 | 19,335 | 97.5 | 495 | 2.5 | 1,354 | 97.3 | 37 | 2.7 |
| Environmental | 179 | 176 | 98.3 | 3 | 1.7 | 8 | 100.0 | 0 | 0.0 |
| Extortion/Racketeering | 185 | 179 | 96.8 | 6 | 3.2 | 39 | 100.0 | 0 | 0.0 |
| Firearms | 8,481 | 8,254 | 97.3 | 227 | 2.7 | 287 | 98.0 | 6 | 2.0 |
| Food and Drug | 48 | 47 | 97.9 | 1 | 2.1 | 2 | 100.0 | 0 | 0.0 |
| Forgery/Counter/Copyright | 276 | 275 | 99.6 | 1 | 0.4 | 9 | 100.0 | 0 | 0.0 |
| Fraud/Theft/Embezzlement | 6,390 | 6,093 | 95.4 | 297 | 4.6 | 507 | 94.4 | 30 | 5.6 |
| Immigration | 29,354 | 29,239 | 99.6 | 115 | 0.4 | 360 | 97.0 | 11 | 3.0 |
| Individual Rights | 68 | 61 | 89.7 | 7 | 10.3 | 4 | 80.0 | 1 | 20.0 |
| Kidnapping | 96 | 84 | 87.5 | 12 | 12.5 | 12 | 85.7 | 2 | 14.3 |
| Manslaughter | 74 | 70 | 94.6 | 4 | 5.4 | 0 | -- | 0 | -- |
| Money Laundering | 1,177 | 1,081 | 91.8 | 96 | 8.2 | 94 | 85.5 | 16 | 14.5 |
| Murder | 373 | 292 | 78.3 | 81 | 21.7 | 64 | 80.0 | 16 | 20.0 |
| National Defense | 195 | 189 | 96.9 | 6 | 3.1 | 7 | 87.5 | 1 | 12.5 |
| Obscenity/Other Sex Offenses | 393 | 390 | 99.2 | 3 | 0.8 | 14 | 93.3 | 1 | 6.7 |
| Prison Offenses | 628 | 617 | 98.2 | 11 | 1.8 | 15 | 93.8 | 1 | 6.3 |
| Robbery | 1,825 | 1,727 | 94.6 | 98 | 5.4 | 178 | 97.3 | 5 | 2.7 |
| Sexual Abuse | 1,165 | 1,057 | 90.7 | 108 | 9.3 | 75 | 92.6 | 6 | 7.4 |
| Stalking/Harassing | 223 | 207 | 92.8 | 16 | 7.2 | 10 | 90.9 | 1 | 9.1 |
| Tax | 547 | 513 | 93.8 | 34 | 6.2 | 69 | 94.5 | 4 | 5.5 |
| Other | 1,032 | 1,015 | 98.4 | 17 | 1.6 | 40 | 100.0 | 0 | 0.0 |

Of the 76,538 National cases, no cases were excluded.

Of the 3,564 cases from the Second Circuit, no cases were excluded.

SOURCE:  U.S. Sentencing Commission, 2019 Datafile, USSCFY19.

**Table 4**

**SENTENCE TYPE BY TYPE OF CRIME**
**Fiscal Year 2019**

**National**

| TYPE OF CRIME | TOTAL | Prison Only | | Prison and Alternatives | | Probation and Alternatives | | Probation Only | | Fine Only | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| TOTAL | 76,538 | 68,138 | 89.0 | 2,093 | 2.7 | 1,330 | 1.7 | 4,558 | 6.0 | 419 | 0.5 |
| Administration of Justice | 698 | 459 | 65.8 | 45 | 6.4 | 37 | 5.3 | 157 | 22.5 | 0 | 0.0 |
| Antitrust | 20 | 17 | 85.0 | 0 | 0.0 | 3 | 15.0 | 0 | 0.0 | 0 | 0.0 |
| Arson | 68 | 62 | 91.2 | 4 | 5.9 | 0 | 0.0 | 2 | 2.9 | 0 | 0.0 |
| Assault | 787 | 633 | 80.4 | 54 | 6.9 | 6 | 0.8 | 87 | 11.1 | 7 | 0.9 |
| Bribery/Corruption | 341 | 231 | 67.7 | 19 | 5.6 | 35 | 10.3 | 50 | 14.7 | 6 | 1.8 |
| Burglary/Trespass | 64 | 46 | 71.9 | 10 | 15.6 | 1 | 1.6 | 6 | 9.4 | 1 | 1.6 |
| Child Pornography | 1,368 | 1,325 | 96.9 | 29 | 2.1 | 3 | 0.2 | 10 | 0.7 | 1 | 0.1 |
| Commercialized Vice | 90 | 72 | 80.0 | 3 | 3.3 | 6 | 6.7 | 8 | 8.9 | 1 | 1.1 |
| Drug Possession | 563 | 289 | 51.3 | 8 | 1.4 | 7 | 1.2 | 158 | 28.1 | 101 | 17.9 |
| Drug Trafficking | 19,830 | 18,458 | 93.1 | 641 | 3.2 | 208 | 1.0 | 521 | 2.6 | 2 | 0.0 |
| Environmental | 179 | 42 | 23.5 | 5 | 2.8 | 27 | 15.1 | 84 | 46.9 | 21 | 11.7 |
| Extortion/Racketeering | 185 | 140 | 75.7 | 11 | 5.9 | 6 | 3.2 | 28 | 15.1 | 0 | 0.0 |
| Firearms | 8,481 | 7,700 | 90.8 | 294 | 3.5 | 181 | 2.1 | 306 | 3.6 | 0 | 0.0 |
| Food and Drug | 48 | 13 | 27.1 | 0 | 0.0 | 2 | 4.2 | 33 | 68.8 | 0 | 0.0 |
| Forgery/Counter/Copyright | 276 | 198 | 71.7 | 14 | 5.1 | 29 | 10.5 | 35 | 12.7 | 0 | 0.0 |
| Fraud/Theft/Embezzlement | 6,390 | 4,384 | 68.6 | 354 | 5.5 | 381 | 6.0 | 1,192 | 18.7 | 79 | 1.2 |
| Immigration | 29,354 | 27,715 | 94.4 | 276 | 0.9 | 193 | 0.7 | 1,168 | 4.0 | 2 | 0.0 |
| Individual Rights | 68 | 35 | 51.5 | 2 | 2.9 | 4 | 5.9 | 20 | 29.4 | 7 | 10.3 |
| Kidnapping | 96 | 89 | 92.7 | 7 | 7.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Manslaughter | 74 | 66 | 89.2 | 5 | 6.8 | 0 | 0.0 | 3 | 4.1 | 0 | 0.0 |
| Money Laundering | 1,177 | 985 | 83.7 | 55 | 4.7 | 48 | 4.1 | 89 | 7.6 | 0 | 0.0 |
| Murder | 373 | 353 | 94.6 | 19 | 5.1 | 0 | 0.0 | 1 | 0.3 | 0 | 0.0 |
| National Defense | 195 | 160 | 82.1 | 10 | 5.1 | 5 | 2.6 | 18 | 9.2 | 2 | 1.0 |
| Obscenity/Other Sex Offenses | 393 | 337 | 85.8 | 37 | 9.4 | 6 | 1.5 | 12 | 3.1 | 1 | 0.3 |
| Prison Offenses | 628 | 586 | 93.3 | 21 | 3.3 | 7 | 1.1 | 14 | 2.2 | 0 | 0.0 |
| Robbery | 1,825 | 1,727 | 94.6 | 73 | 4.0 | 8 | 0.4 | 17 | 0.9 | 0 | 0.0 |
| Sexual Abuse | 1,165 | 1,125 | 96.6 | 33 | 2.8 | 3 | 0.3 | 4 | 0.3 | 0 | 0.0 |
| Stalking/Harassing | 223 | 187 | 83.9 | 17 | 7.6 | 5 | 2.2 | 14 | 6.3 | 0 | 0.0 |
| Tax | 547 | 320 | 58.5 | 31 | 5.7 | 71 | 13.0 | 121 | 22.1 | 4 | 0.7 |
| Other | 1,032 | 384 | 37.2 | 16 | 1.6 | 48 | 4.7 | 400 | 38.8 | 184 | 17.8 |

Of the 76,538 National cases, no cases were excluded.

Alternatives include all cases in which offenders received conditions of confinement as described in USSG §5C1.1.

SOURCE:  U.S. Sentencing Commission, 2019 Datafile, USSCFY19.

**Table 5**

**SENTENCE TYPE BY TYPE OF CRIME**
**Fiscal Year 2019**

**Second Circuit**

| TYPE OF CRIME | TOTAL | Prison Only | | Prison and Alternatives | | Probation and Alternatives | | Probation Only | | Fine Only | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| TOTAL | 3,564 | 3,106 | 87.1 | 167 | 4.7 | 73 | 2.0 | 204 | 5.7 | 14 | 0.4 |
| Administration of Justice | 35 | 22 | 62.9 | 6 | 17.1 | 2 | 5.7 | 5 | 14.3 | 0 | 0.0 |
| Antitrust | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Arson | 7 | 6 | 85.7 | 1 | 14.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Assault | 61 | 55 | 90.2 | 1 | 1.6 | 0 | 0.0 | 5 | 8.2 | 0 | 0.0 |
| Bribery/Corruption | 50 | 39 | 78.0 | 3 | 6.0 | 4 | 8.0 | 3 | 6.0 | 1 | 2.0 |
| Burglary/Trespass | 1 | 0 | 0.0 | 1 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Child Pornography | 95 | 88 | 92.6 | 2 | 2.1 | 0 | 0.0 | 5 | 5.3 | 0 | 0.0 |
| Commercialized Vice | 12 | 9 | 75.0 | 1 | 8.3 | 0 | 0.0 | 1 | 8.3 | 1 | 8.3 |
| Drug Possession | 17 | 5 | 29.4 | 1 | 5.9 | 0 | 0.0 | 11 | 64.7 | 0 | 0.0 |
| Drug Trafficking | 1,391 | 1,278 | 91.9 | 57 | 4.1 | 21 | 1.5 | 35 | 2.5 | 0 | 0.0 |
| Environmental | 8 | 1 | 12.5 | 0 | 0.0 | 0 | 0.0 | 6 | 75.0 | 1 | 12.5 |
| Extortion/Racketeering | 39 | 33 | 84.6 | 2 | 5.1 | 2 | 5.1 | 2 | 5.1 | 0 | 0.0 |
| Firearms | 293 | 266 | 90.8 | 15 | 5.1 | 3 | 1.0 | 9 | 3.1 | 0 | 0.0 |
| Food and Drug | 2 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 2 | 100.0 | 0 | 0.0 |
| Forgery/Counter/Copyright | 9 | 7 | 77.8 | 0 | 0.0 | 1 | 11.1 | 1 | 11.1 | 0 | 0.0 |
| Fraud/Theft/Embezzlement | 537 | 408 | 76.0 | 40 | 7.4 | 26 | 4.8 | 63 | 11.7 | 0 | 0.0 |
| Immigration | 371 | 355 | 95.7 | 3 | 0.8 | 1 | 0.3 | 12 | 3.2 | 0 | 0.0 |
| Individual Rights | 5 | 3 | 60.0 | 1 | 20.0 | 0 | 0.0 | 0 | 0.0 | 1 | 20.0 |
| Kidnapping | 14 | 13 | 92.9 | 1 | 7.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Manslaughter | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Money Laundering | 110 | 93 | 84.5 | 7 | 6.4 | 3 | 2.7 | 7 | 6.4 | 0 | 0.0 |
| Murder | 80 | 77 | 96.3 | 3 | 3.8 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| National Defense | 8 | 7 | 87.5 | 1 | 12.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Obscenity/Other Sex Offenses | 15 | 9 | 60.0 | 3 | 20.0 | 2 | 13.3 | 1 | 6.7 | 0 | 0.0 |
| Prison Offenses | 16 | 15 | 93.8 | 0 | 0.0 | 0 | 0.0 | 1 | 6.3 | 0 | 0.0 |
| Robbery | 183 | 169 | 92.3 | 11 | 6.0 | 1 | 0.5 | 2 | 1.1 | 0 | 0.0 |
| Sexual Abuse | 81 | 79 | 97.5 | 2 | 2.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Stalking/Harassing | 11 | 8 | 72.7 | 2 | 18.2 | 1 | 9.1 | 0 | 0.0 | 0 | 0.0 |
| Tax | 73 | 39 | 53.4 | 3 | 4.1 | 6 | 8.2 | 23 | 31.5 | 2 | 2.7 |
| Other | 40 | 22 | 55.0 | 0 | 0.0 | 0 | 0.0 | 10 | 25.0 | 8 | 20.0 |

Of the 3,564 cases from the Second Circuit, no cases were excluded.

Alternatives include all cases in which offenders received conditions of confinement as described in USSG §5C1.1.

SOURCE:  U.S. Sentencing Commission, 2019 Datafile, USSCFY19.

**Table 6**

**INCARCERATION RATE OF U.S. CITIZEN OFFENDERS ELIGIBLE FOR NON-PRISON SENTENCES BY TYPE OF CRIME**
**Fiscal Year 2019**

| TYPE OF CRIME | TOTAL | National | | | | Second Circuit | | | |
| | | Prison Sentence | | Non-Prison Sentence | | Prison Sentence | | Non-Prison Sentence | |
| | | N | % | N | % | N | % | N | % |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 4,729 | 2,212 | 46.8 | 2,517 | 53.2 | 110 | 56.1 | 86 | 43.9 |
| Administration of Justice | 151 | 62 | 41.1 | 89 | 58.9 | 4 | 80.0 | 1 | 20.0 |
| Antitrust | 6 | 6 | 100.0 | 0 | 0.0 | 0 | -- | 0 | -- |
| Arson | 1 | 1 | 100.0 | 0 | 0.0 | 0 | -- | 0 | -- |
| Assault | 132 | 74 | 56.1 | 58 | 43.9 | 0 | 0.0 | 1 | 100.0 |
| Bribery/Corruption | 25 | 5 | 20.0 | 20 | 80.0 | 0 | 0.0 | 1 | 100.0 |
| Burglary/Trespass | 16 | 8 | 50.0 | 8 | 50.0 | 0 | -- | 0 | -- |
| Child Pornography | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Commercialized Vice | 9 | 3 | 33.3 | 6 | 66.7 | 1 | 33.3 | 2 | 66.7 |
| Drug Possession | 316 | 128 | 40.5 | 188 | 59.5 | 6 | 37.5 | 10 | 62.5 |
| Drug Trafficking | 562 | 353 | 62.8 | 209 | 37.2 | 22 | 75.9 | 7 | 24.1 |
| Environmental | 78 | 8 | 10.3 | 70 | 89.7 | 0 | -- | 4 | 100.0 |
| Extortion/Racketeering | 17 | 5 | 29.4 | 12 | 70.6 | 1 | 100.0 | 0 | 0.0 |
| Firearms | 145 | 54 | 37.2 | 91 | 62.8 | 6 | 75.0 | 2 | 25.0 |
| Food and Drug | 33 | 3 | 9.1 | 30 | 90.9 | 0 | 0.0 | 2 | 100.0 |
| Forgery/Counter/Copyright | 62 | 41 | 66.1 | 21 | 33.9 | 0 | -- | 0 | -- |
| Fraud/Theft/Embezzlement | 1,542 | 563 | 36.5 | 979 | 63.5 | 43 | 53.1 | 38 | 46.9 |
| Immigration | 677 | 443 | 65.4 | 234 | 34.6 | 16 | 76.2 | 5 | 23.8 |
| Individual Rights | 11 | 3 | 27.3 | 8 | 72.7 | 1 | 50.0 | 1 | 50.0 |
| Kidnapping | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Manslaughter | 2 | 0 | 0.0 | 2 | 100.0 | 0 | -- | 0 | -- |
| Money Laundering | 52 | 20 | 38.5 | 32 | 61.5 | 1 | 33.3 | 2 | 66.7 |
| Murder | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| National Defense | 7 | 1 | 14.3 | 6 | 85.7 | 0 | -- | 0 | -- |
| Obscenity/Other Sex Offenses | 12 | 9 | 75.0 | 3 | 25.0 | 1 | 100.0 | 0 | 0.0 |
| Prison Offenses | 283 | 267 | 94.3 | 16 | 5.7 | 5 | 83.3 | 1 | 16.7 |
| Robbery | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Sexual Abuse | 8 | 7 | 87.5 | 1 | 12.5 | 0 | -- | 0 | -- |
| Stalking/Harassing | 23 | 16 | 69.6 | 7 | 30.4 | 0 | -- | 0 | -- |
| Tax | 28 | 7 | 25.0 | 21 | 75.0 | 1 | 33.3 | 2 | 66.7 |
| Other | 531 | 125 | 23.5 | 406 | 76.5 | 2 | 22.2 | 7 | 77.8 |

Of the 76,538 National cases, a U.S. Citizen was the offender in 42,136 cases.  Of these, 37,407 cases were excluded because the offender was ineligible for a non-prison sentence.

Of the 3,564 cases from the Second Circuit, a U.S. Citizen was the offender in 2,697 cases.  Of these, 2,501 cases were excluded because the offender was ineligible for a non-prison sentence.

SOURCE:  U.S. Sentencing Commission, 2019 Datafile, USSCFY19.

**Table 7**

**SENTENCE LENGTH BY TYPE OF CRIME**
**Fiscal Year 2019**

| | National | | | Second Circuit | | |
|---|---|---|---|---|---|---|
| TYPE OF CRIME | Mean Months | Median Months | N | Mean Months | Median Months | N |
| **TOTAL** | **42** | **18** | **76,538** | **49** | **27** | **3,564** |
| Administration of Justice | 12 | 8 | 698 | 12 | 8 | 35 |
| Antitrust | 6 | 4 | 20 | -- | -- | 0 |
| Arson | 76 | 60 | 68 | 72 | 60 | 7 |
| Assault | 64 | 36 | 787 | 78 | 72 | 61 |
| Bribery/Corruption | 22 | 12 | 341 | 14 | 6 | 50 |
| Burglary/Trespass | 16 | 14 | 64 | -- | -- | 1 |
| Child Pornography | 103 | 84 | 1,368 | 97 | 72 | 95 |
| Commercialized Vice | 24 | 20 | 90 | 30 | 19 | 12 |
| Drug Possession | 2 | 0 | 563 | 1 | 0 | 17 |
| Drug Trafficking | 76 | 60 | 19,830 | 53 | 41 | 1,391 |
| Environmental | 3 | 0 | 179 | 1 | 0 | 8 |
| Extortion/Racketeering | 32 | 27 | 185 | 32 | 27 | 39 |
| Firearms | 50 | 39 | 8,481 | 50 | 42 | 293 |
| Food and Drug | 9 | 0 | 48 | -- | -- | 2 |
| Forgery/Counter/Copyright | 15 | 12 | 276 | 15 | 12 | 9 |
| Fraud/Theft/Embezzlement | 21 | 12 | 6,390 | 19 | 12 | 537 |
| Immigration | 9 | 6 | 29,354 | 8 | 3 | 371 |
| Individual Rights | 29 | 3 | 68 | 62 | 3 | 5 |
| Kidnapping | 171 | 120 | 96 | 104 | 102 | 14 |
| Manslaughter | 70 | 60 | 74 | -- | -- | 0 |
| Money Laundering | 61 | 33 | 1,177 | 53 | 22 | 110 |
| Murder | 255 | 240 | 373 | 208 | 180 | 80 |
| National Defense | 42 | 24 | 195 | 177 | 192 | 8 |
| Obscenity/Other Sex Offenses | 20 | 18 | 393 | 14 | 12 | 15 |
| Prison Offenses | 11 | 8 | 628 | 11 | 6 | 16 |
| Robbery | 109 | 92 | 1,825 | 76 | 60 | 183 |
| Sexual Abuse | 205 | 180 | 1,165 | 179 | 180 | 81 |
| Stalking/Harassing | 29 | 24 | 223 | 31 | 27 | 11 |
| Tax | 16 | 12 | 547 | 11 | 6 | 73 |
| Other | 3 | 0 | 1,032 | 11 | 0 | 40 |

Of the 76,538 National cases, no cases were excluded.

Of the 3,564 cases from the Second Circuit, no cases were excluded.

Sentences of 470 months or greater (including life) and probation were included in the sentence average computations as 470 months and zero months, respectively. The information in this table includes conditions of confinement as described in USSG §5C1.1.

SOURCE: U.S. Sentencing Commission, 2019 Datafile, USSCFY19.

11

**Table 8**

**SENTENCE IMPOSED RELATIVE TO THE GUIDELINE RANGE[1]**
**Fiscal Year 2019**

|  | National | | Second Circuit | |
|---|---|---|---|---|
|  | N | % | N | % |
| **TOTAL CASES** | **76,034** | **100.0** | **3,549** | **100.0** |
| **SENTENCES UNDER THE GUIDELINES MANUAL** | **56,995** | **75.0** | **1,915** | **54.0** |
| Within Guideline Range | 39,078 | 51.4 | 1,119 | 31.5 |
| Upward Departure[2] | 364 | 0.5 | 10 | 0.3 |
| Downward Departure |  |  |  |  |
| §5K1.1 Substantial Assistance | 7,272 | 9.6 | 627 | 17.7 |
| §5K3.1 Early Disposition Program | 7,119 | 9.4 | 9 | 0.3 |
| Other Government Motion[3] | 1,410 | 1.9 | 41 | 1.2 |
| Non-Government Departure[4] | 1,752 | 2.3 | 109 | 3.1 |
| **VARIANCES** | **19,039** | **25.0** | **1,634** | **46.0** |
| Upward Variance[5] | 1,431 | 1.9 | 39 | 1.1 |
| Downward Variance |  |  |  |  |
| Government Motion[6] | 4,083 | 5.4 | 241 | 6.8 |
| Non-Government Variance[7] | 13,525 | 17.8 | 1,354 | 38.2 |

[1] This table reflects the 76,538 cases reported to the Commission in fiscal year 2019, 3,564 of which were from the Second Circuit. Of these, 504 cases nationally and 15 cases from the Second Circuit were excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range.

[2] Cases in which the sentence imposed was above the applicable guideline range and for which the court cited a reason on Part V of the Statement of Reasons form, other than §5K1.1 or §5K3.1.

[3] Cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part V of the Statement of Reasons form, other than §5K1.1 or §5K3.1, and where the prosecution initiated, proposed, or stipulated to the sentence.

[4] Cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part V of the Statement of Reasons form, other than §5K1.1 or §5K3.1, and where the prosecution did not initiate, propose, or stipulate to the sentence.

[5] Cases in which the sentence imposed was above the applicable guideline range and for which the court cited a reason on Part VI of the Statement of Reasons form.

[6] Cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part VI of the Statement of Reasons form, and where the prosecution initiated, proposed, or stipulated to the sentence.

[7] Cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part VI of the Statement of Reasons form, or where no reason was given, and where the prosecution did not initiate, propose, or stipulate to the sentence.

SOURCE:  U.S. Sentencing Commission, 2019 Datafile, USSCFY19.

**Table 9**

**SENTENCE IMPOSED RELATIVE TO THE GUIDELINE RANGE
IN EACH CIRCUIT AND DISTRICT[1]
Fiscal Year 2019**

| CIRCUIT District | TOTAL | WITHIN GUIDELINE RANGE | | DEPARTURE | | | | | | | | DOWNWARD | | VARIANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | UPWARD | | §5K1.1 | | §5K3.1 | | | | N | % | N | % |
| | | | | N | % | N | % | N | % | | | | | | |
| TOTAL | 76,034 | 39,078 | 51.4 | 364 | 0.5 | 7,272 | 9.6 | 7,119 | 9.4 | | | 3,162 | 4.2 | 19,039 | 25.0 |
| | | | | | | | | | | | | | | | |
| D.C. CIRCUIT | 330 | 139 | 42.1 | 3 | 0.9 | 32 | 9.7 | 2 | 0.6 | | | 35 | 10.6 | 119 | 36.1 |
| District of Columbia | 330 | 139 | 42.1 | 3 | 0.9 | 32 | 9.7 | 2 | 0.6 | | | 35 | 10.6 | 119 | 36.1 |
| | | | | | | | | | | | | | | | |
| FIRST CIRCUIT | 2,134 | 1,042 | 48.8 | 15 | 0.7 | 172 | 8.1 | 1 | 0.0 | | | 85 | 4.0 | 819 | 38.4 |
| Maine | 162 | 58 | 35.8 | 2 | 1.2 | 25 | 15.4 | 0 | 0.0 | | | 6 | 3.7 | 71 | 43.8 |
| Massachusetts | 476 | 177 | 37.2 | 7 | 1.5 | 46 | 9.7 | 1 | 0.2 | | | 26 | 5.5 | 219 | 46.0 |
| New Hampshire | 196 | 72 | 36.7 | 0 | 0.0 | 29 | 14.8 | 0 | 0.0 | | | 7 | 3.6 | 88 | 44.9 |
| Puerto Rico | 1,165 | 708 | 60.8 | 6 | 0.5 | 59 | 5.1 | 0 | 0.0 | | | 46 | 3.9 | 346 | 29.7 |
| Rhode Island | 135 | 27 | 20.0 | 0 | 0.0 | 13 | 9.6 | 0 | 0.0 | | | 0 | 0.0 | 95 | 70.4 |
| | | | | | | | | | | | | | | | |
| SECOND CIRCUIT | 3,549 | 1,119 | 31.5 | 10 | 0.3 | 627 | 17.7 | 9 | 0.3 | | | 150 | 4.2 | 1,634 | 46.0 |
| Connecticut | 349 | 120 | 34.4 | 3 | 0.9 | 51 | 14.6 | 0 | 0.0 | | | 46 | 13.2 | 129 | 37.0 |
| New York | | | | | | | | | | | | | | | |
| Eastern | 622 | 166 | 26.7 | 2 | 0.3 | 114 | 18.3 | 0 | 0.0 | | | 60 | 9.6 | 280 | 45.0 |
| Northern | 381 | 216 | 56.7 | 2 | 0.5 | 56 | 14.7 | 1 | 0.3 | | | 8 | 2.1 | 98 | 25.7 |
| Southern | 1,514 | 377 | 24.9 | 0 | 0.0 | 241 | 15.9 | 8 | 0.5 | | | 28 | 1.8 | 860 | 56.8 |
| Western | 518 | 204 | 39.4 | 2 | 0.4 | 142 | 27.4 | 0 | 0.0 | | | 7 | 1.4 | 163 | 31.5 |
| Vermont | 165 | 36 | 21.8 | 1 | 0.6 | 23 | 13.9 | 0 | 0.0 | | | 1 | 0.6 | 104 | 63.0 |
| | | | | | | | | | | | | | | | |
| THIRD CIRCUIT | 2,336 | 1,019 | 43.6 | 11 | 0.5 | 432 | 18.5 | 19 | 0.8 | | | 61 | 2.6 | 794 | 34.0 |
| Delaware | 122 | 53 | 43.4 | 4 | 3.3 | 11 | 9.0 | 12 | 9.8 | | | 3 | 2.5 | 39 | 32.0 |
| New Jersey | 615 | 261 | 42.4 | 0 | 0.0 | 107 | 17.4 | 0 | 0.0 | | | 8 | 1.3 | 239 | 38.9 |
| Pennsylvania | | | | | | | | | | | | | | | |
| Eastern | 627 | 248 | 39.6 | 2 | 0.3 | 163 | 26.0 | 2 | 0.3 | | | 31 | 4.9 | 181 | 28.9 |
| Middle | 505 | 257 | 50.9 | 1 | 0.2 | 97 | 19.2 | 5 | 1.0 | | | 15 | 3.0 | 130 | 25.7 |
| Western | 382 | 150 | 39.3 | 3 | 0.8 | 49 | 12.8 | 0 | 0.0 | | | 3 | 0.8 | 177 | 46.3 |
| Virgin Islands | 85 | 50 | 58.8 | 1 | 1.2 | 5 | 5.9 | 0 | 0.0 | | | 1 | 1.2 | 28 | 32.9 |
| | | | | | | | | | | | | | | | |
| FOURTH CIRCUIT | 5,691 | 3,209 | 56.4 | 47 | 0.8 | 700 | 12.3 | 3 | 0.1 | | | 176 | 3.1 | 1,556 | 27.3 |
| Maryland | 759 | 263 | 34.7 | 8 | 1.1 | 137 | 18.1 | 0 | 0.0 | | | 52 | 6.9 | 299 | 39.4 |
| North Carolina | | | | | | | | | | | | | | | |
| Eastern | 822 | 501 | 60.9 | 14 | 1.7 | 161 | 19.6 | 1 | 0.1 | | | 10 | 1.2 | 135 | 16.4 |
| Middle | 490 | 267 | 54.5 | 5 | 1.0 | 59 | 12.0 | 0 | 0.0 | | | 6 | 1.2 | 153 | 31.2 |
| Western | 538 | 317 | 58.9 | 2 | 0.4 | 102 | 19.0 | 0 | 0.0 | | | 6 | 1.1 | 111 | 20.6 |
| South Carolina | 1,049 | 587 | 56.0 | 8 | 0.8 | 128 | 12.2 | 0 | 0.0 | | | 38 | 3.6 | 288 | 27.5 |
| Virginia | | | | | | | | | | | | | | | |
| Eastern | 1,200 | 782 | 65.2 | 7 | 0.6 | 54 | 4.5 | 0 | 0.0 | | | 41 | 3.4 | 316 | 26.3 |
| Western | 241 | 124 | 51.5 | 1 | 0.4 | 27 | 11.2 | 2 | 0.8 | | | 14 | 5.8 | 73 | 30.3 |
| West Virginia | | | | | | | | | | | | | | | |
| Northern | 280 | 182 | 65.0 | 0 | 0.0 | 26 | 9.3 | 0 | 0.0 | | | 4 | 1.4 | 68 | 24.3 |
| Southern | 312 | 186 | 59.6 | 2 | 0.6 | 6 | 1.9 | 0 | 0.0 | | | 5 | 1.6 | 113 | 36.2 |

| CIRCUIT District | TOTAL | WITHIN GUIDELINE RANGE | | DEPARTURE UPWARD | | §5K1.1 | | §5K3.1 | | DOWNWARD | | VARIANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % |
| **FIFTH CIRCUIT** | **21,294** | **14,911** | **70.0** | **125** | **0.6** | **1,124** | **5.3** | **716** | **3.4** | **1,208** | **5.7** | **3,210** | **15.1** |
| Louisiana | | | | | | | | | | | | | |
| Eastern | 288 | 169 | 58.7 | 2 | 0.7 | 44 | 15.3 | 0 | 0.0 | 6 | 2.1 | 67 | 23.3 |
| Middle | 182 | 95 | 52.2 | 2 | 1.1 | 40 | 22.0 | 1 | 0.5 | 1 | 0.5 | 43 | 23.6 |
| Western | 372 | 266 | 71.5 | 4 | 1.1 | 36 | 9.7 | 0 | 0.0 | 3 | 0.8 | 63 | 16.9 |
| Mississippi | | | | | | | | | | | | | |
| Northern | 185 | 69 | 37.3 | 1 | 0.5 | 50 | 27.0 | 0 | 0.0 | 4 | 2.2 | 61 | 33.0 |
| Southern | 453 | 330 | 72.8 | 2 | 0.4 | 46 | 10.2 | 8 | 1.8 | 3 | 0.7 | 64 | 14.1 |
| Texas | | | | | | | | | | | | | |
| Eastern | 724 | 517 | 71.4 | 3 | 0.4 | 24 | 3.3 | 1 | 0.1 | 10 | 1.4 | 169 | 23.3 |
| Northern | 1,556 | 971 | 62.4 | 16 | 1.0 | 184 | 11.8 | 0 | 0.0 | 27 | 1.7 | 354 | 22.8 |
| Southern | 7,809 | 4,587 | 58.7 | 88 | 1.1 | 422 | 5.4 | 489 | 6.3 | 897 | 11.5 | 1,326 | 17.0 |
| Western | 9,725 | 7,907 | 81.3 | 7 | 0.1 | 278 | 2.9 | 217 | 2.2 | 253 | 2.6 | 1,063 | 10.9 |
| **SIXTH CIRCUIT** | **5,297** | **2,444** | **46.1** | **13** | **0.2** | **1,055** | **19.9** | **10** | **0.2** | **198** | **3.7** | **1,577** | **29.8** |
| Kentucky | | | | | | | | | | | | | |
| Eastern | 557 | 318 | 57.1 | 0 | 0.0 | 91 | 16.3 | 0 | 0.0 | 9 | 1.6 | 139 | 25.0 |
| Western | 348 | 161 | 46.3 | 3 | 0.9 | 87 | 25.0 | 2 | 0.6 | 12 | 3.4 | 83 | 23.9 |
| Michigan | | | | | | | | | | | | | |
| Eastern | 879 | 376 | 42.8 | 1 | 0.1 | 116 | 13.2 | 1 | 0.1 | 26 | 3.0 | 359 | 40.8 |
| Western | 392 | 201 | 51.3 | 2 | 0.5 | 68 | 17.3 | 0 | 0.0 | 4 | 1.0 | 117 | 29.8 |
| Ohio | | | | | | | | | | | | | |
| Northern | 900 | 447 | 49.7 | 4 | 0.4 | 190 | 21.1 | 0 | 0.0 | 24 | 2.7 | 235 | 26.1 |
| Southern | 561 | 164 | 29.2 | 1 | 0.2 | 133 | 23.7 | 5 | 0.9 | 89 | 15.9 | 169 | 30.1 |
| Tennessee | | | | | | | | | | | | | |
| Eastern | 743 | 388 | 52.2 | 2 | 0.3 | 210 | 28.3 | 0 | 0.0 | 14 | 1.9 | 129 | 17.4 |
| Middle | 315 | 89 | 28.3 | 0 | 0.0 | 71 | 22.5 | 0 | 0.0 | 15 | 4.8 | 140 | 44.4 |
| Western | 602 | 300 | 49.8 | 0 | 0.0 | 89 | 14.8 | 2 | 0.3 | 5 | 0.8 | 206 | 34.2 |
| **SEVENTH CIRCUIT** | **2,448** | **899** | **36.7** | **5** | **0.2** | **243** | **9.9** | **2** | **0.1** | **127** | **5.2** | **1,172** | **47.9** |
| Illinois | | | | | | | | | | | | | |
| Central | 225 | 81 | 36.0 | 0 | 0.0 | 32 | 14.2 | 0 | 0.0 | 7 | 3.1 | 105 | 46.7 |
| Northern | 655 | 192 | 29.3 | 2 | 0.3 | 46 | 7.0 | 2 | 0.3 | 50 | 7.6 | 363 | 55.4 |
| Southern | 285 | 146 | 51.2 | 2 | 0.7 | 35 | 12.3 | 0 | 0.0 | 2 | 0.7 | 100 | 35.1 |
| Indiana | | | | | | | | | | | | | |
| Northern | 356 | 148 | 41.6 | 0 | 0.0 | 44 | 12.4 | 0 | 0.0 | 19 | 5.3 | 145 | 40.7 |
| Southern | 472 | 219 | 46.4 | 0 | 0.0 | 51 | 10.8 | 0 | 0.0 | 5 | 1.1 | 197 | 41.7 |
| Wisconsin | | | | | | | | | | | | | |
| Eastern | 267 | 41 | 15.4 | 0 | 0.0 | 29 | 10.9 | 0 | 0.0 | 2 | 0.7 | 195 | 73.0 |
| Western | 188 | 72 | 38.3 | 1 | 0.5 | 6 | 3.2 | 0 | 0.0 | 42 | 22.3 | 67 | 35.6 |
| **EIGHTH CIRCUIT** | **5,423** | **2,437** | **44.9** | **35** | **0.6** | **674** | **12.4** | **73** | **1.3** | **116** | **2.1** | **2,088** | **38.5** |
| Arkansas | | | | | | | | | | | | | |
| Eastern | 552 | 334 | 60.5 | 3 | 0.5 | 42 | 7.6 | 0 | 0.0 | 12 | 2.2 | 161 | 29.2 |
| Western | 258 | 128 | 49.6 | 0 | 0.0 | 39 | 15.1 | 2 | 0.8 | 3 | 1.2 | 86 | 33.3 |
| Iowa | | | | | | | | | | | | | |
| Northern | 415 | 217 | 52.3 | 11 | 2.7 | 89 | 21.4 | 0 | 0.0 | 6 | 1.4 | 92 | 22.2 |
| Southern | 493 | 196 | 39.8 | 1 | 0.2 | 73 | 14.8 | 0 | 0.0 | 5 | 1.0 | 218 | 44.2 |
| Minnesota | 380 | 116 | 30.5 | 2 | 0.5 | 71 | 18.7 | 2 | 0.5 | 17 | 4.5 | 172 | 45.3 |
| Missouri | | | | | | | | | | | | | |
| Eastern | 1,190 | 465 | 39.1 | 4 | 0.3 | 87 | 7.3 | 0 | 0.0 | 9 | 0.8 | 625 | 52.5 |
| Western | 772 | 297 | 38.5 | 2 | 0.3 | 115 | 14.9 | 0 | 0.0 | 29 | 3.8 | 329 | 42.6 |
| Nebraska | 527 | 266 | 50.5 | 1 | 0.2 | 18 | 3.4 | 57 | 10.8 | 5 | 0.9 | 180 | 34.2 |
| North Dakota | 328 | 100 | 30.5 | 0 | 0.0 | 130 | 39.6 | 10 | 3.0 | 4 | 1.2 | 84 | 25.6 |
| South Dakota | 508 | 318 | 62.6 | 11 | 2.2 | 10 | 2.0 | 2 | 0.4 | 26 | 5.1 | 141 | 27.8 |

| CIRCUIT District | TOTAL | WITHIN GUIDELINE RANGE | | DEPARTURE | | | | | | DOWNWARD | | VARIANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | UPWARD | | §5K1.1 | | §5K3.1 | | | | | |
| | | N | % | N | % | N | % | N | % | N | % | N | % |
| **NINTH CIRCUIT** | **14,689** | **4,552** | **31.0** | **53** | **0.4** | **1,098** | **7.5** | **5,358** | **36.5** | **581** | **4.0** | **3,047** | **20.7** |
| Alaska | 193 | 56 | 29.0 | 2 | 1.0 | 25 | 13.0 | 0 | 0.0 | 4 | 2.1 | 106 | 54.9 |
| Arizona | 5,529 | 1,951 | 35.3 | 33 | 0.6 | 130 | 2.4 | 2,735 | 49.5 | 88 | 1.6 | 592 | 10.7 |
| California | | | | | | | | | | | | | |
|   Central | **1,138** | 386 | 33.9 | 1 | 0.1 | 147 | 12.9 | 94 | 8.3 | 87 | 7.6 | 423 | 37.2 |
|   Eastern | 510 | 228 | 44.7 | 1 | 0.2 | 80 | 15.7 | 21 | 4.1 | 17 | 3.3 | 163 | 32.0 |
|   Northern | 483 | 146 | 30.2 | 0 | 0.0 | 60 | 12.4 | 9 | 1.9 | 15 | 3.1 | 253 | 52.4 |
|   Southern | 4,087 | 746 | 18.3 | 8 | 0.2 | 235 | 5.7 | 2,426 | 59.4 | 295 | 7.2 | 377 | 9.2 |
| Guam | 49 | 30 | 61.2 | 0 | 0.0 | 12 | 24.5 | 0 | 0.0 | 2 | 4.1 | 5 | 10.2 |
| Hawaii | 154 | 59 | 38.3 | 0 | 0.0 | 36 | 23.4 | 0 | 0.0 | 1 | 0.6 | 58 | 37.7 |
| Idaho | 372 | 151 | 40.6 | 1 | 0.3 | 82 | 22.0 | 24 | 6.5 | 19 | 5.1 | 95 | 25.5 |
| Montana | 384 | 139 | 36.2 | 2 | 0.5 | 99 | 25.8 | 1 | 0.3 | 4 | 1.0 | 139 | 36.2 |
| Nevada | 482 | 190 | 39.4 | 2 | 0.4 | 39 | 8.1 | 2 | 0.4 | 14 | 2.9 | 235 | 48.8 |
| Northern Mariana Islands | 11 | 8 | 72.7 | 0 | 0.0 | 1 | 9.1 | 0 | 0.0 | 0 | 0.0 | 2 | 18.2 |
| Oregon | 473 | 118 | 24.9 | 2 | 0.4 | 70 | 14.8 | 0 | 0.0 | 25 | 5.3 | 258 | 54.5 |
| Washington | | | | | | | | | | | | | |
|   Eastern | 358 | 153 | 42.7 | 0 | 0.0 | 64 | 17.9 | 14 | 3.9 | 4 | 1.1 | 123 | 34.4 |
|   Western | 466 | 191 | 41.0 | 1 | 0.2 | 18 | 3.9 | 32 | 6.9 | 6 | 1.3 | 218 | 46.8 |
| | | | | | | | | | | | | | |
| **TENTH CIRCUIT** | **6,478** | **3,731** | **57.6** | **35** | **0.5** | **368** | **5.7** | **895** | **13.8** | **355** | **5.5** | **1,094** | **16.9** |
| Colorado | 523 | 186 | 35.6 | 1 | 0.2 | 99 | 18.9 | 76 | 14.5 | 13 | 2.5 | 148 | 28.3 |
| Kansas | 451 | 192 | 42.6 | 5 | 1.1 | 84 | 18.6 | 2 | 0.4 | 5 | 1.1 | 163 | 36.1 |
| New Mexico | 3,948 | 2,736 | 69.3 | 7 | 0.2 | 56 | 1.4 | 690 | 17.5 | 183 | 4.6 | 276 | 7.0 |
| Oklahoma | | | | | | | | | | | | | |
|   Eastern | 100 | 60 | 60.0 | 1 | 1.0 | 18 | 18.0 | 0 | 0.0 | 0 | 0.0 | 21 | 21.0 |
|   Northern | 215 | 88 | 40.9 | 10 | 4.7 | 30 | 14.0 | 0 | 0.0 | 34 | 15.8 | 53 | 24.7 |
|   Western | 407 | 227 | 55.8 | 0 | 0.0 | 24 | 5.9 | 4 | 1.0 | 3 | 0.7 | 149 | 36.6 |
| Utah | 656 | 187 | 28.5 | 9 | 1.4 | 39 | 5.9 | 110 | 16.8 | 101 | 15.4 | 210 | 32.0 |
| Wyoming | 178 | 55 | 30.9 | 2 | 1.1 | 18 | 10.1 | 13 | 7.3 | 16 | 9.0 | 74 | 41.6 |
| | | | | | | | | | | | | | |
| **ELEVENTH CIRCUIT** | **6,365** | **3,576** | **56.2** | **12** | **0.2** | **747** | **11.7** | **31** | **0.5** | **70** | **1.1** | **1,929** | **30.3** |
| Alabama | | | | | | | | | | | | | |
|   Middle | 260 | 145 | 55.8 | 0 | 0.0 | 43 | 16.5 | 2 | 0.8 | 5 | 1.9 | 65 | 25.0 |
|   Northern | 542 | 317 | 58.5 | 2 | 0.4 | 100 | 18.5 | 1 | 0.2 | 5 | 0.9 | 117 | 21.6 |
|   Southern | 376 | 267 | 71.0 | 0 | 0.0 | 42 | 11.2 | 2 | 0.5 | 3 | 0.8 | 62 | 16.5 |
| Florida | | | | | | | | | | | | | |
|   Middle | 1,594 | 772 | 48.4 | 4 | 0.3 | 265 | 16.6 | 20 | 1.3 | 15 | 0.9 | 518 | 32.5 |
|   Northern | 302 | 144 | 47.7 | 2 | 0.7 | 54 | 17.9 | 6 | 2.0 | 3 | 1.0 | 93 | 30.8 |
|   Southern | 1,903 | 1,128 | 59.3 | 1 | 0.1 | 106 | 5.6 | 0 | 0.0 | 14 | 0.7 | 654 | 34.4 |
| Georgia | | | | | | | | | | | | | |
|   Middle | 407 | 280 | 68.8 | 1 | 0.2 | 39 | 9.6 | 0 | 0.0 | 7 | 1.7 | 80 | 19.7 |
|   Northern | 507 | 176 | 34.7 | 2 | 0.4 | 30 | 5.9 | 0 | 0.0 | 17 | 3.4 | 282 | 55.6 |
|   Southern | 474 | 347 | 73.2 | 0 | 0.0 | 68 | 14.3 | 0 | 0.0 | 1 | 0.2 | 58 | 12.2 |

Of the 76,538 National cases, 504 were excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range.

SOURCE:  U.S. Sentencing Commission, 2019 Datafile, USSCFY19.

**Table 10**

**SENTENCE IMPOSED RELATIVE TO THE GUIDELINE RANGE
BY TYPE OF CRIME
Fiscal Year 2019**

**National**

| TYPE OF CRIME | TOTAL | WITHIN GUIDELINE RANGE | | DEPARTURE | | | | | | | | VARIANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | UPWARD | | §5K1.1 | | §5K3.1 | | DOWNWARD | | | |
| | | N | % | N | % | N | % | N | % | N | % | N | % |
| TOTAL | 76,034 | 39,078 | 51.4 | 364 | 0.5 | 7,272 | 9.6 | 7,119 | 9.4 | 3,162 | 4.2 | 19,039 | 25.0 |
| Child Pornography | 1,368 | 413 | 30.2 | 10 | 0.7 | 30 | 2.2 | 0 | 0.0 | 95 | 6.9 | 820 | 59.9 |
| Drug Trafficking | 19,813 | 6,734 | 34.0 | 64 | 0.3 | 4,460 | 22.5 | 1,224 | 6.2 | 846 | 4.3 | 6,485 | 32.7 |
| Firearms | 8,474 | 4,618 | 54.5 | 56 | 0.7 | 563 | 6.6 | 8 | 0.1 | 305 | 3.6 | 2,924 | 34.5 |
| Fraud/Theft/Embezzlement | 6,273 | 2,991 | 47.7 | 19 | 0.3 | 830 | 13.2 | 17 | 0.3 | 205 | 3.3 | 2,211 | 35.2 |
| Immigration | 29,239 | 19,193 | 65.6 | 103 | 0.4 | 205 | 0.7 | 5,852 | 20.0 | 1,141 | 3.9 | 2,745 | 9.4 |
| Money Laundering | 1,174 | 289 | 24.6 | 4 | 0.3 | 333 | 28.4 | 7 | 0.6 | 67 | 5.7 | 474 | 40.4 |
| Robbery | 1,825 | 711 | 39.0 | 29 | 1.6 | 262 | 14.4 | 0 | 0.0 | 100 | 5.5 | 723 | 39.6 |
| Sexual Abuse | 1,165 | 458 | 39.3 | 14 | 1.2 | 58 | 5.0 | 0 | 0.0 | 77 | 6.6 | 558 | 47.9 |
| Other Miscellaneous Offenses | 6,703 | 3,671 | 54.8 | 65 | 1.0 | 531 | 7.9 | 11 | 0.2 | 326 | 4.9 | 2,099 | 31.3 |

**Second Circuit**

| TYPE OF CRIME | TOTAL | WITHIN GUIDELINE RANGE | | DEPARTURE | | | | | | | | VARIANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | UPWARD | | §5K1.1 | | §5K3.1 | | DOWNWARD | | | |
| | | N | % | N | % | N | % | N | % | N | % | N | % |
| TOTAL | 3,549 | 1,119 | 31.5 | 10 | 0.3 | 627 | 17.7 | 9 | 0.3 | 150 | 4.2 | 1,634 | 46.0 |
| Child Pornography | 95 | 25 | 26.3 | 0 | 0.0 | 1 | 1.1 | 0 | 0.0 | 3 | 3.2 | 66 | 69.5 |
| Drug Trafficking | 1,391 | 321 | 23.1 | 4 | 0.3 | 328 | 23.6 | 0 | 0.0 | 71 | 5.1 | 667 | 48.0 |
| Firearms | 293 | 141 | 48.1 | 1 | 0.3 | 23 | 7.8 | 0 | 0.0 | 15 | 5.1 | 113 | 38.6 |
| Fraud/Theft/Embezzlement | 535 | 140 | 26.2 | 0 | 0.0 | 91 | 17.0 | 0 | 0.0 | 14 | 2.6 | 290 | 54.2 |
| Immigration | 370 | 274 | 74.1 | 1 | 0.3 | 9 | 2.4 | 9 | 2.4 | 7 | 1.9 | 70 | 18.9 |
| Money Laundering | 110 | 15 | 13.6 | 0 | 0.0 | 48 | 43.6 | 0 | 0.0 | 5 | 4.5 | 42 | 38.2 |
| Robbery | 183 | 33 | 18.0 | 2 | 1.1 | 32 | 17.5 | 0 | 0.0 | 10 | 5.5 | 106 | 57.9 |
| Sexual Abuse | 81 | 23 | 28.4 | 0 | 0.0 | 6 | 7.4 | 0 | 0.0 | 7 | 8.6 | 45 | 55.6 |
| Other Miscellaneous Offenses | 491 | 147 | 29.9 | 2 | 0.4 | 89 | 18.1 | 0 | 0.0 | 18 | 3.7 | 235 | 47.9 |

Of the 76,538 National cases, 504 were excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range.

Of the 3,564 cases from the Second Circuit, 15 cases were excluded because information was missing from the from the submitted documents that prevented the comparison of the sentence and the guideline range.

SOURCE:  U.S. Sentencing Commission, 2019 Datafile, USSCFY19.