# EXHIBIT E

*United States v. Nikhil Wahi*, Case No.: 22-CR-392 (LAP)

# United States Sentencing Commission



*Statistical Information Packet*

*Fiscal Year 2021*

*Southern District of New York*

# TABLE OF CONTENTS

| | | |
|---|---|---|
| **Figure A** | Federal Offenders by Type of Crime | 1 |
| **Figure B** | Distribution of Primary Drug Type in Federal Drug Cases | 2 |
| **Table 1** | Distribution of Federal Offenders by Type of Crime | 3 |
| **Table 2** | Guilty Pleas and Trials in Each Circuit and District | 4 |
| **Table 3** | Guilty Pleas and Trials by Type of Crime | 7 |
| **Table 4** | Sentence Type by Type of Crime (National) | 8 |
| **Table 5** | Sentence Type by Type of Crime (District) | 9 |
| **Table 6** | Incarceration Rate of U.S. Citizen Offenders Eligible for Non-Prison Sentences by Type of Crime | 10 |
| **Table 7** | Sentence Length by Type of Crime | 11 |
| **Table 8** | Sentence Imposed Relative to the Guideline Range | 12 |
| **Table 9** | Sentence Imposed Relative to the Guideline Range in Each Circuit and District | 13 |
| **Table 10** | Sentence Imposed Relative to the Guideline Range by Type of Crime | 16 |

# Figure A
## FEDERAL OFFENDERS BY TYPE OF CRIME
### Fiscal Year 2021

### National



### Southern New York



The National figure includes the 57,287 cases reported to the Commission. The Drugs category includes trafficking and simple possession.

The Southern District of New York figure includes the 943 cases reported to the Commission.

SOURCE:  U.S. Sentencing Commission, 2021 Datafile, USSCFY21.

1

**Figure B**

**DISTRIBUTION OF PRIMARY DRUG TYPE IN FEDERAL DRUG CASES**
**Fiscal Year 2021**

**National**



**Southern New York**



Of the 57,287 National cases, in 17,692 the offender was sentenced under USSG Chapter Two, Part D (Drugs).

Of the 943 cases from the Southern District of New York, in 347 the offender was sentenced under USSG Chapter Two, Part D (Drugs).

SOURCE: U.S. Sentencing Commission, 2021 Datafile, USSCFY21.

2

Table 1

**DISTRIBUTION OF FEDERAL OFFENDERS
BY TYPE OF CRIME
Fiscal Year 2021**

|  | National | | Southern New York | |
|---|---|---|---|---|
| **TYPE OF CRIME** | **N** | **%** | **N** | **%** |
| **TOTAL** | **57,287** | **100.0** | **943** | **100.0** |
| **Administration of Justice** | 512 | 0.9 | 12 | 1.3 |
| **Antitrust** | 6 | 0.0 | 2 | 0.2 |
| **Arson** | 79 | 0.1 | 2 | 0.2 |
| **Assault** | 668 | 1.2 | 25 | 2.7 |
| **Bribery/Corruption** | 247 | 0.4 | 12 | 1.3 |
| **Burglary/Trespass** | 64 | 0.1 | 0 | 0.0 |
| **Child Pornography** | 1,215 | 2.1 | 12 | 1.3 |
| **Commercialized Vice** | 114 | 0.2 | 3 | 0.3 |
| **Drug Possession** | 309 | 0.5 | 6 | 0.6 |
| **Drug Trafficking** | 17,608 | 30.7 | 344 | 36.5 |
| **Environmental** | 173 | 0.3 | 2 | 0.2 |
| **Extortion/Racketeering** | 116 | 0.2 | 21 | 2.2 |
| **Firearms** | 8,151 | 14.2 | 99 | 10.5 |
| **Food and Drug** | 47 | 0.1 | 0 | 0.0 |
| **Forgery/Counter/Copyright** | 137 | 0.2 | 1 | 0.1 |
| **Fraud/Theft/Embezzlement** | 4,571 | 8.0 | 178 | 18.9 |
| **Immigration** | 16,937 | 29.6 | 29 | 3.1 |
| **Individual Rights** | 69 | 0.1 | 1 | 0.1 |
| **Kidnapping** | 92 | 0.2 | 3 | 0.3 |
| **Manslaughter** | 56 | 0.1 | 0 | 0.0 |
| **Money Laundering** | 1,028 | 1.8 | 56 | 5.9 |
| **Murder** | 257 | 0.4 | 28 | 3.0 |
| **National Defense** | 217 | 0.4 | 5 | 0.5 |
| **Obscenity/Other Sex Offenses** | 298 | 0.5 | 0 | 0.0 |
| **Prison Offenses** | 532 | 0.9 | 7 | 0.7 |
| **Robbery** | 1,300 | 2.3 | 63 | 6.7 |
| **Sexual Abuse** | 1,062 | 1.9 | 16 | 1.7 |
| **Stalking/Harassing** | 219 | 0.4 | 5 | 0.5 |
| **Tax** | 421 | 0.7 | 11 | 1.2 |
| **Other** | 782 | 1.4 | 0 | 0.0 |

SOURCE: U.S. Sentencing Commission, 2021 Datafile, USSCFY21.

Table 2

## GUILTY PLEAS AND TRIALS IN EACH CIRCUIT AND DISTRICT
### Fiscal Year 2021

| CIRCUIT / District | TOTAL | PLEA N | PLEA % | TRIAL N | TRIAL % |
|---|---|---|---|---|---|
| **TOTAL** | 57,287 | 56,324 | 98.3 | 963 | 1.7 |
| **D.C. CIRCUIT** | 253 | 247 | 97.6 | 6 | 2.4 |
| District of Columbia | 253 | 247 | 97.6 | 6 | 2.4 |
| **FIRST CIRCUIT** | 1,777 | 1,744 | 98.1 | 33 | 1.9 |
| Maine | 199 | 193 | 97.0 | 6 | 3.0 |
| Massachusetts | 422 | 413 | 97.9 | 9 | 2.1 |
| New Hampshire | 197 | 191 | 97.0 | 6 | 3.0 |
| Puerto Rico | 884 | 872 | 98.6 | 12 | 1.4 |
| Rhode Island | 75 | 75 | 100.0 | 0 | 0.0 |
| **SECOND CIRCUIT** | 2,424 | 2,349 | 96.9 | 75 | 3.1 |
| Connecticut | 302 | 295 | 97.7 | 7 | 2.3 |
| New York | | | | | |
|   Eastern | 498 | 475 | 95.4 | 23 | 4.6 |
|   Northern | 235 | 235 | 100.0 | 0 | 0.0 |
|   Southern | 943 | 904 | 95.9 | 39 | 4.1 |
|   Western | 322 | 317 | 98.4 | 5 | 1.6 |
| Vermont | 124 | 123 | 99.2 | 1 | 0.8 |
| **THIRD CIRCUIT** | 1,900 | 1,841 | 96.9 | 59 | 3.1 |
| Delaware | 52 | 51 | 98.1 | 1 | 1.9 |
| New Jersey | 629 | 619 | 98.4 | 10 | 1.6 |
| Pennsylvania | | | | | |
|   Eastern | 446 | 418 | 93.7 | 28 | 6.3 |
|   Middle | 310 | 303 | 97.7 | 7 | 2.3 |
|   Western | 407 | 400 | 98.3 | 7 | 1.7 |
| Virgin Islands | 56 | 50 | 89.3 | 6 | 10.7 |
| **FOURTH CIRCUIT** | 4,522 | 4,411 | 97.5 | 111 | 2.5 |
| Maryland | 525 | 511 | 97.3 | 14 | 2.7 |
| North Carolina | | | | | |
|   Eastern | 922 | 907 | 98.4 | 15 | 1.6 |
|   Middle | 365 | 361 | 98.9 | 4 | 1.1 |
|   Western | 502 | 480 | 95.6 | 22 | 4.4 |
| South Carolina | 531 | 526 | 99.1 | 5 | 0.9 |
| Virginia | | | | | |
|   Eastern | 968 | 933 | 96.4 | 35 | 3.6 |
|   Western | 239 | 234 | 97.9 | 5 | 2.1 |
| West Virginia | | | | | |
|   Northern | 250 | 245 | 98.0 | 5 | 2.0 |
|   Southern | 220 | 214 | 97.3 | 6 | 2.7 |

| CIRCUIT<br>District | TOTAL | PLEA N | % | TRIAL N | % |
|---|---|---|---|---|---|
| **FIFTH CIRCUIT** | **16,403** | **16,239** | **99.0** | **164** | **1.0** |
| Louisiana | | | | | |
|   Eastern | 205 | 199 | 97.1 | 6 | 2.9 |
|   Middle | 103 | 101 | 98.1 | 2 | 1.9 |
|   Western | 240 | 236 | 98.3 | 4 | 1.7 |
| Mississippi | | | | | |
|   Northern | 87 | 86 | 98.9 | 1 | 1.1 |
|   Southern | 262 | 257 | 98.1 | 5 | 1.9 |
| Texas | | | | | |
|   Eastern | 662 | 649 | 98.0 | 13 | 2.0 |
|   Northern | 1,549 | 1,511 | 97.5 | 38 | 2.5 |
|   Southern | 8,052 | 8,006 | 99.4 | 46 | 0.6 |
|   Western | 5,243 | 5,194 | 99.1 | 49 | 0.9 |
| **SIXTH CIRCUIT** | **4,008** | **3,924** | **97.9** | **84** | **2.1** |
| Kentucky | | | | | |
|   Eastern | 427 | 410 | 96.0 | 17 | 4.0 |
|   Western | 276 | 273 | 98.9 | 3 | 1.1 |
| Michigan | | | | | |
|   Eastern | 489 | 481 | 98.4 | 8 | 1.6 |
|   Western | 291 | 274 | 94.2 | 17 | 5.8 |
| Ohio | | | | | |
|   Northern | 819 | 809 | 98.8 | 10 | 1.2 |
|   Southern | 507 | 502 | 99.0 | 5 | 1.0 |
| Tennessee | | | | | |
|   Eastern | 582 | 575 | 98.8 | 7 | 1.2 |
|   Middle | 254 | 250 | 98.4 | 4 | 1.6 |
|   Western | 363 | 350 | 96.4 | 13 | 3.6 |
| **SEVENTH CIRCUIT** | **2,222** | **2,165** | **97.4** | **57** | **2.6** |
| Illinois | | | | | |
|   Central | 232 | 225 | 97.0 | 7 | 3.0 |
|   Northern | 619 | 596 | 96.3 | 23 | 3.7 |
|   Southern | 221 | 217 | 98.2 | 4 | 1.8 |
| Indiana | | | | | |
|   Northern | 342 | 333 | 97.4 | 9 | 2.6 |
|   Southern | 413 | 405 | 98.1 | 8 | 1.9 |
| Wisconsin | | | | | |
|   Eastern | 263 | 261 | 99.2 | 2 | 0.8 |
|   Western | 132 | 128 | 97.0 | 4 | 3.0 |
| **EIGHTH CIRCUIT** | **4,592** | **4,478** | **97.5** | **114** | **2.5** |
| Arkansas | | | | | |
|   Eastern | 546 | 537 | 98.4 | 9 | 1.6 |
|   Western | 185 | 184 | 99.5 | 1 | 0.5 |
| Iowa | | | | | |
|   Northern | 326 | 323 | 99.1 | 3 | 0.9 |
|   Southern | 495 | 474 | 95.8 | 21 | 4.2 |
| Minnesota | 258 | 251 | 97.3 | 7 | 2.7 |
| Missouri | | | | | |
|   Eastern | 1,065 | 1,055 | 99.1 | 10 | 0.9 |
|   Western | 582 | 573 | 98.5 | 9 | 1.5 |
| Nebraska | 380 | 361 | 95.0 | 19 | 5.0 |
| North Dakota | 289 | 279 | 96.5 | 10 | 3.5 |
| South Dakota | 466 | 441 | 94.6 | 25 | 5.4 |

| CIRCUIT | | PLEA | | TRIAL | |
| District | TOTAL | N | % | N | % |
|---|---|---|---|---|---|
| **NINTH CIRCUIT** | **11,015** | **10,905** | **99.0** | **110** | **1.0** |
| Alaska | 148 | 146 | 98.6 | 2 | 1.4 |
| Arizona | 4,371 | 4,354 | 99.6 | 17 | 0.4 |
| California | | | | | |
|   Central | 876 | 861 | 98.3 | 15 | 1.7 |
|   Eastern | 282 | 276 | 97.9 | 6 | 2.1 |
|   Northern | 369 | 361 | 97.8 | 8 | 2.2 |
|   Southern | 2,927 | 2,909 | 99.4 | 18 | 0.6 |
| Guam | 37 | 36 | 97.3 | 1 | 2.7 |
| Hawaii | 168 | 161 | 95.8 | 7 | 4.2 |
| Idaho | 241 | 237 | 98.3 | 4 | 1.7 |
| Montana | 333 | 322 | 96.7 | 11 | 3.3 |
| Nevada | 299 | 293 | 98.0 | 6 | 2.0 |
| Northern Mariana Islands | 16 | 15 | 93.8 | 1 | 6.3 |
| Oregon | 391 | 388 | 99.2 | 3 | 0.8 |
| Washington | | | | | |
|   Eastern | 199 | 194 | 97.5 | 5 | 2.5 |
|   Western | 358 | 352 | 98.3 | 6 | 1.7 |
| **TENTH CIRCUIT** | **3,860** | **3,827** | **99.1** | **33** | **0.9** |
| Colorado | 370 | 365 | 98.6 | 5 | 1.4 |
| Kansas | 420 | 415 | 98.8 | 5 | 1.2 |
| New Mexico | 1,415 | 1,406 | 99.4 | 9 | 0.6 |
| Oklahoma | | | | | |
|   Eastern | 89 | 88 | 98.9 | 1 | 1.1 |
|   Northern | 328 | 327 | 99.7 | 1 | 0.3 |
|   Western | 409 | 404 | 98.8 | 5 | 1.2 |
| Utah | 658 | 654 | 99.4 | 4 | 0.6 |
| Wyoming | 171 | 168 | 98.2 | 3 | 1.8 |
| **ELEVENTH CIRCUIT** | **4,311** | **4,194** | **97.3** | **117** | **2.7** |
| Alabama | | | | | |
|   Middle | 122 | 117 | 95.9 | 5 | 4.1 |
|   Northern | 445 | 437 | 98.2 | 8 | 1.8 |
|   Southern | 228 | 215 | 94.3 | 13 | 5.7 |
| Florida | | | | | |
|   Middle | 1,066 | 1,022 | 95.9 | 44 | 4.1 |
|   Northern | 264 | 246 | 93.2 | 18 | 6.8 |
|   Southern | 813 | 807 | 99.3 | 6 | 0.7 |
| Georgia | | | | | |
|   Middle | 386 | 382 | 99.0 | 4 | 1.0 |
|   Northern | 544 | 535 | 98.3 | 9 | 1.7 |
|   Southern | 443 | 433 | 97.7 | 10 | 2.3 |

Of the 57,287 National cases, no cases were excluded.

SOURCE: U.S. Sentencing Commission, 2021 Datafile, USSCFY21.

Table 3

**GUILTY PLEAS AND TRIALS BY TYPE OF CRIME**
**Fiscal Year 2021**

| | | National | | | | Southern New York | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | PLEA | | TRIAL | | PLEA | | TRIAL | |
| TYPE OF CRIME | TOTAL | N | % | N | % | N | % | N | % |
| **TOTAL** | 57,287 | 56,324 | 98.3 | 963 | 1.7 | 904 | 95.9 | 39 | 4.1 |
| **Administration of Justice** | 512 | 492 | 96.1 | 20 | 3.9 | 12 | 100.0 | 0 | 0.0 |
| **Antitrust** | 6 | 6 | 100.0 | 0 | 0.0 | 2 | 100.0 | 0 | 0.0 |
| **Arson** | 79 | 77 | 97.5 | 2 | 2.5 | 2 | 100.0 | 0 | 0.0 |
| **Assault** | 668 | 637 | 95.4 | 31 | 4.6 | 24 | 96.0 | 1 | 4.0 |
| **Bribery/Corruption** | 247 | 226 | 91.5 | 21 | 8.5 | 9 | 75.0 | 3 | 25.0 |
| **Burglary/Trespass** | 64 | 64 | 100.0 | 0 | 0.0 | 0 | -- | 0 | -- |
| **Child Pornography** | 1,215 | 1,188 | 97.8 | 27 | 2.2 | 12 | 100.0 | 0 | 0.0 |
| **Commercialized Vice** | 114 | 113 | 99.1 | 1 | 0.9 | 3 | 100.0 | 0 | 0.0 |
| **Drug Possession** | 309 | 304 | 98.4 | 5 | 1.6 | 6 | 100.0 | 0 | 0.0 |
| **Drug Trafficking** | 17,608 | 17,358 | 98.6 | 250 | 1.4 | 339 | 98.5 | 5 | 1.5 |
| **Environmental** | 173 | 170 | 98.3 | 3 | 1.7 | 2 | 100.0 | 0 | 0.0 |
| **Extortion/Racketeering** | 116 | 111 | 95.7 | 5 | 4.3 | 20 | 95.2 | 1 | 4.8 |
| **Firearms** | 8,151 | 7,988 | 98.0 | 163 | 2.0 | 97 | 98.0 | 2 | 2.0 |
| **Food and Drug** | 47 | 45 | 95.7 | 2 | 4.3 | 0 | -- | 0 | -- |
| **Forgery/Counter/Copyright** | 137 | 136 | 99.3 | 1 | 0.7 | 1 | 100.0 | 0 | 0.0 |
| **Fraud/Theft/Embezzlement** | 4,571 | 4,469 | 97.8 | 102 | 2.2 | 166 | 93.3 | 12 | 6.7 |
| **Immigration** | 16,937 | 16,900 | 99.8 | 37 | 0.2 | 29 | 100.0 | 0 | 0.0 |
| **Individual Rights** | 69 | 58 | 84.1 | 11 | 15.9 | 1 | 100.0 | 0 | 0.0 |
| **Kidnapping** | 92 | 82 | 89.1 | 10 | 10.9 | 1 | 33.3 | 2 | 66.7 |
| **Manslaughter** | 56 | 54 | 96.4 | 2 | 3.6 | 0 | -- | 0 | -- |
| **Money Laundering** | 1,028 | 987 | 96.0 | 41 | 4.0 | 56 | 100.0 | 0 | 0.0 |
| **Murder** | 257 | 225 | 87.5 | 32 | 12.5 | 19 | 67.9 | 9 | 32.1 |
| **National Defense** | 217 | 211 | 97.2 | 6 | 2.8 | 4 | 80.0 | 1 | 20.0 |
| **Obscenity/Other Sex Offenses** | 298 | 296 | 99.3 | 2 | 0.7 | 0 | -- | 0 | -- |
| **Prison Offenses** | 532 | 528 | 99.2 | 4 | 0.8 | 7 | 100.0 | 0 | 0.0 |
| **Robbery** | 1,300 | 1,248 | 96.0 | 52 | 4.0 | 62 | 98.4 | 1 | 1.6 |
| **Sexual Abuse** | 1,062 | 972 | 91.5 | 90 | 8.5 | 14 | 87.5 | 2 | 12.5 |
| **Stalking/Harassing** | 219 | 210 | 95.9 | 9 | 4.1 | 5 | 100.0 | 0 | 0.0 |
| **Tax** | 421 | 400 | 95.0 | 21 | 5.0 | 11 | 100.0 | 0 | 0.0 |
| **Other** | 782 | 769 | 98.3 | 13 | 1.7 | 0 | -- | 0 | -- |

Of the 57,287 National cases, no cases were excluded.

Of the 943 cases from the Southern District of New York, no cases were excluded.

SOURCE:  U.S. Sentencing Commission, 2021 Datafile, USSCFY21.

Table 4

## SENTENCE TYPE BY TYPE OF CRIME
### Fiscal Year 2021

**National**

| TYPE OF CRIME | TOTAL | Prison Only | | Prison and Alternatives | | Probation and Alternatives | | Probation Only | | Fine Only | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| **TOTAL** | 57,287 | 50,648 | 88.4 | 1,653 | 2.9 | 1,049 | 1.8 | 3,527 | 6.2 | 410 | 0.7 |
| Administration of Justice | 512 | 342 | 66.8 | 27 | 5.3 | 31 | 6.1 | 110 | 21.5 | 2 | 0.4 |
| Antitrust | 6 | 1 | 16.7 | 0 | 0.0 | 3 | 50.0 | 1 | 16.7 | 1 | 16.7 |
| Arson | 79 | 74 | 93.7 | 3 | 3.8 | 1 | 1.3 | 1 | 1.3 | 0 | 0.0 |
| Assault | 668 | 574 | 85.9 | 27 | 4.0 | 9 | 1.3 | 53 | 7.9 | 5 | 0.7 |
| Bribery/Corruption | 247 | 158 | 64.0 | 21 | 8.5 | 27 | 10.9 | 40 | 16.2 | 1 | 0.4 |
| Burglary/Trespass | 64 | 53 | 82.8 | 4 | 6.3 | 2 | 3.1 | 4 | 6.3 | 1 | 1.6 |
| Child Pornography | 1,215 | 1,179 | 97.0 | 20 | 1.6 | 4 | 0.3 | 12 | 1.0 | 0 | 0.0 |
| Commercialized Vice | 114 | 62 | 54.4 | 3 | 2.6 | 15 | 13.2 | 22 | 19.3 | 12 | 10.5 |
| Drug Possession | 309 | 110 | 35.6 | 1 | 0.3 | 10 | 3.2 | 106 | 34.3 | 82 | 26.5 |
| Drug Trafficking | 17,608 | 16,307 | 92.6 | 683 | 3.9 | 168 | 1.0 | 450 | 2.6 | 0 | 0.0 |
| Environmental | 173 | 36 | 20.8 | 4 | 2.3 | 12 | 6.9 | 107 | 61.8 | 14 | 8.1 |
| Extortion/Racketeering | 116 | 83 | 71.6 | 5 | 4.3 | 4 | 3.4 | 24 | 20.7 | 0 | 0.0 |
| Firearms | 8,151 | 7,515 | 92.2 | 161 | 2.0 | 103 | 1.3 | 370 | 4.5 | 2 | 0.0 |
| Food and Drug | 47 | 19 | 40.4 | 1 | 2.1 | 5 | 10.6 | 19 | 40.4 | 3 | 6.4 |
| Forgery/Counter/Copyright | 137 | 103 | 75.2 | 4 | 2.9 | 8 | 5.8 | 22 | 16.1 | 0 | 0.0 |
| Fraud/Theft/Embezzlement | 4,571 | 2,982 | 65.2 | 220 | 4.8 | 301 | 6.6 | 1,014 | 22.2 | 54 | 1.2 |
| Immigration | 16,937 | 15,897 | 93.9 | 267 | 1.6 | 199 | 1.2 | 573 | 3.4 | 1 | 0.0 |
| Individual Rights | 69 | 29 | 42.0 | 1 | 1.4 | 7 | 10.1 | 21 | 30.4 | 11 | 15.9 |
| Kidnapping | 92 | 90 | 97.8 | 1 | 1.1 | 0 | 0.0 | 1 | 1.1 | 0 | 0.0 |
| Manslaughter | 56 | 49 | 87.5 | 6 | 10.7 | 1 | 1.8 | 0 | 0.0 | 0 | 0.0 |
| Money Laundering | 1,028 | 867 | 84.3 | 41 | 4.0 | 32 | 3.1 | 88 | 8.6 | 0 | 0.0 |
| Murder | 257 | 248 | 96.5 | 8 | 3.1 | 0 | 0.0 | 1 | 0.4 | 0 | 0.0 |
| National Defense | 217 | 182 | 83.9 | 7 | 3.2 | 2 | 0.9 | 11 | 5.1 | 15 | 6.9 |
| Obscenity/Other Sex Offenses | 298 | 266 | 89.3 | 22 | 7.4 | 2 | 0.7 | 8 | 2.7 | 0 | 0.0 |
| Prison Offenses | 532 | 494 | 92.9 | 19 | 3.6 | 5 | 0.9 | 14 | 2.6 | 0 | 0.0 |
| Robbery | 1,300 | 1,245 | 95.8 | 30 | 2.3 | 5 | 0.4 | 20 | 1.5 | 0 | 0.0 |
| Sexual Abuse | 1,062 | 1,032 | 97.2 | 25 | 2.4 | 1 | 0.1 | 4 | 0.4 | 0 | 0.0 |
| Stalking/Harassing | 219 | 180 | 82.2 | 14 | 6.4 | 8 | 3.7 | 17 | 7.8 | 0 | 0.0 |
| Tax | 421 | 244 | 58.0 | 27 | 6.4 | 46 | 10.9 | 104 | 24.7 | 0 | 0.0 |
| Other | 782 | 227 | 29.0 | 1 | 0.1 | 38 | 4.9 | 310 | 39.6 | 206 | 26.3 |

Of the 57,287 National cases, no cases were excluded.

Alternatives include all cases in which offenders received conditions of confinement as described in USSG §5C1.1.

SOURCE: U.S. Sentencing Commission, 2021 Datafile, USSCFY21.

Table 5

## SENTENCE TYPE BY TYPE OF CRIME
### Fiscal Year 2021

**Southern New York**

| TYPE OF CRIME | TOTAL | Prison Only | | Prison and Alternatives | | Probation and Alternatives | | Probation Only | | Fine Only | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| **TOTAL** | 943 | 852 | 90.3 | 43 | 4.6 | 14 | 1.5 | 31 | 3.3 | 3 | 0.3 |
| Administration of Justice | 12 | 7 | 58.3 | 2 | 16.7 | 3 | 25.0 | 0 | 0.0 | 0 | 0.0 |
| Antitrust | 2 | 1 | 50.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 1 | 50.0 |
| Arson | 2 | 2 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Assault | 25 | 25 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Bribery/Corruption | 12 | 9 | 75.0 | 1 | 8.3 | 0 | 0.0 | 2 | 16.7 | 0 | 0.0 |
| Burglary/Trespass | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Child Pornography | 12 | 10 | 83.3 | 1 | 8.3 | 0 | 0.0 | 1 | 8.3 | 0 | 0.0 |
| Commercialized Vice | 3 | 1 | 33.3 | 0 | 0.0 | 0 | 0.0 | 2 | 66.7 | 0 | 0.0 |
| Drug Possession | 6 | 3 | 50.0 | 0 | 0.0 | 0 | 0.0 | 3 | 50.0 | 0 | 0.0 |
| Drug Trafficking | 344 | 317 | 92.2 | 16 | 4.7 | 5 | 1.5 | 6 | 1.7 | 0 | 0.0 |
| Environmental | 2 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 2 | 100.0 |
| Extortion/Racketeering | 21 | 15 | 71.4 | 0 | 0.0 | 3 | 14.3 | 3 | 14.3 | 0 | 0.0 |
| Firearms | 99 | 92 | 92.9 | 6 | 6.1 | 1 | 1.0 | 0 | 0.0 | 0 | 0.0 |
| Food and Drug | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Forgery/Counter/Copyright | 1 | 0 | 0.0 | 1 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Fraud/Theft/Embezzlement | 178 | 156 | 87.6 | 8 | 4.5 | 1 | 0.6 | 13 | 7.3 | 0 | 0.0 |
| Immigration | 29 | 25 | 86.2 | 2 | 6.9 | 1 | 3.4 | 1 | 3.4 | 0 | 0.0 |
| Individual Rights | 1 | 1 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Kidnapping | 3 | 3 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Manslaughter | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Money Laundering | 56 | 55 | 98.2 | 1 | 1.8 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Murder | 28 | 28 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| National Defense | 5 | 4 | 80.0 | 1 | 20.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Obscenity/Other Sex Offenses | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Prison Offenses | 7 | 7 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Robbery | 63 | 60 | 95.2 | 3 | 4.8 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Sexual Abuse | 16 | 16 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Stalking/Harassing | 5 | 5 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Tax | 11 | 10 | 90.9 | 1 | 9.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Other | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |

Of the 943 cases from the Southern District of New York, no cases were excluded.

Alternatives include all cases in which offenders received conditions of confinement as described in USSG §5C1.1.

SOURCE: U.S. Sentencing Commission, 2021 Datafile, USSCFY21.

9

Table 6

**INCARCERATION RATE OF U.S. CITIZEN OFFENDERS ELIGIBLE FOR NON-PRISON SENTENCES BY TYPE OF CRIME**
Fiscal Year 2021

| | | National | | | | Southern New York | | | |
| | | Prison Sentence | | Non-Prison Sentence | | Prison Sentence | | Non-Prison Sentence | |
| TYPE OF CRIME | TOTAL | N | % | N | % | N | % | N | % |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TOTAL | 3,826 | 1,731 | 45.2 | 2,095 | 54.8 | 22 | 51.2 | 21 | 48.8 |
| Administration of Justice | 123 | 61 | 49.6 | 62 | 50.4 | 1 | 100.0 | 0 | 0.0 |
| Antitrust | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Arson | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Assault | 96 | 53 | 55.2 | 43 | 44.8 | 0 | -- | 0 | -- |
| Bribery/Corruption | 16 | 6 | 37.5 | 10 | 62.5 | 0 | 0.0 | 1 | 100.0 |
| Burglary/Trespass | 11 | 9 | 81.8 | 2 | 18.2 | 0 | -- | 0 | -- |
| Child Pornography | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Commercialized Vice | 36 | 5 | 13.9 | 31 | 86.1 | 0 | 0.0 | 2 | 100.0 |
| Drug Possession | 223 | 85 | 38.1 | 138 | 61.9 | 3 | 60.0 | 2 | 40.0 |
| Drug Trafficking | 367 | 215 | 58.6 | 152 | 41.4 | 4 | 66.7 | 2 | 33.3 |
| Environmental | 97 | 21 | 21.6 | 76 | 78.4 | 0 | 0.0 | 2 | 100.0 |
| Extortion/Racketeering | 10 | 3 | 30.0 | 7 | 70.0 | 0 | 0.0 | 3 | 100.0 |
| Firearms | 123 | 54 | 43.9 | 69 | 56.1 | 1 | 100.0 | 0 | 0.0 |
| Food and Drug | 27 | 7 | 25.9 | 20 | 74.1 | 0 | -- | 0 | -- |
| Forgery/Counter/Copyright | 30 | 19 | 63.3 | 11 | 36.7 | 0 | -- | 0 | -- |
| Fraud/Theft/Embezzlement | 1,159 | 385 | 33.2 | 774 | 66.8 | 10 | 55.6 | 8 | 44.4 |
| Immigration | 715 | 429 | 60.0 | 286 | 40.0 | 0 | 0.0 | 1 | 100.0 |
| Individual Rights | 18 | 1 | 5.6 | 17 | 94.4 | 0 | -- | 0 | -- |
| Kidnapping | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Manslaughter | 2 | 2 | 100.0 | 0 | 0.0 | 0 | -- | 0 | -- |
| Money Laundering | 59 | 35 | 59.3 | 24 | 40.7 | 1 | 100.0 | 0 | 0.0 |
| Murder | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| National Defense | 12 | 1 | 8.3 | 11 | 91.7 | 0 | -- | 0 | -- |
| Obscenity/Other Sex Offenses | 8 | 6 | 75.0 | 2 | 25.0 | 0 | -- | 0 | -- |
| Prison Offenses | 258 | 244 | 94.6 | 14 | 5.4 | 1 | 100.0 | 0 | 0.0 |
| Robbery | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Sexual Abuse | 2 | 1 | 50.0 | 1 | 50.0 | 0 | -- | 0 | -- |
| Stalking/Harassing | 32 | 22 | 68.8 | 10 | 31.3 | 1 | 100.0 | 0 | 0.0 |
| Tax | 17 | 4 | 23.5 | 13 | 76.5 | 0 | -- | 0 | -- |
| Other | 385 | 63 | 16.4 | 322 | 83.6 | 0 | -- | 0 | -- |

Of the 57,287 National cases, a U.S. Citizen was the offender in 37,805 cases. Of these, 33,979 cases were excluded because the offender was ineligible for a non-prison sentence.

Of the 943 cases from the Southern District of New York, a U.S. Citizen was the offender in 731 cases. Of these, 688 cases were excluded because the offender was ineligible for a non-prison sentence.

SOURCE: U.S. Sentencing Commission, 2021 Datafile, USSCFY21.

Table 7

**SENTENCE LENGTH BY TYPE OF CRIME**
Fiscal Year 2021

| TYPE OF CRIME | National | | | Southern New York | | |
|---|---|---|---|---|---|---|
| | Mean Months | Median Months | N | Mean Months | Median Months | N |
| **TOTAL** | **48** | **24** | **57,286** | **48** | **30** | **943** |
| Administration of Justice | 13 | 8 | 512 | 13 | 6 | 12 |
| Antitrust | 3 | 3 | 6 | -- | -- | 2 |
| Arson | 63 | 48 | 79 | -- | -- | 2 |
| Assault | 57 | 36 | 668 | 69 | 54 | 25 |
| Bribery/Corruption | 20 | 12 | 247 | 27 | 7 | 12 |
| Burglary/Trespass | 23 | 14 | 64 | -- | -- | 0 |
| Child Pornography | 108 | 90 | 1,215 | 64 | 60 | 12 |
| Commercialized Vice | 14 | 11 | 114 | 44 | 0 | 3 |
| Drug Possession | 1 | 0 | 309 | 0 | 0 | 6 |
| Drug Trafficking | 74 | 60 | 17,608 | 53 | 46 | 344 |
| Environmental | 2 | 0 | 173 | -- | -- | 2 |
| Extortion/Racketeering | 25 | 15 | 116 | 25 | 12 | 21 |
| Firearms | 48 | 37 | 8,150 | 39 | 36 | 99 |
| Food and Drug | 9 | 1 | 47 | -- | -- | 0 |
| Forgery/Counter/Copyright | 16 | 12 | 137 | -- | -- | 1 |
| Fraud/Theft/Embezzlement | 20 | 12 | 4,571 | 20 | 12 | 178 |
| Immigration | 13 | 8 | 16,937 | 13 | 5 | 29 |
| Individual Rights | 32 | 3 | 69 | -- | -- | 1 |
| Kidnapping | 166 | 123 | 92 | 232 | 288 | 3 |
| Manslaughter | 69 | 59 | 56 | -- | -- | 0 |
| Money Laundering | 57 | 30 | 1,028 | 23 | 9 | 56 |
| Murder | 244 | 231 | 257 | 207 | 192 | 28 |
| National Defense | 37 | 26 | 217 | 153 | 55 | 5 |
| Obscenity/Other Sex Offenses | 22 | 18 | 298 | -- | -- | 0 |
| Prison Offenses | 11 | 8 | 532 | 6 | 4 | 7 |
| Robbery | 104 | 90 | 1,300 | 65 | 60 | 63 |
| Sexual Abuse | 211 | 180 | 1,062 | 170 | 156 | 16 |
| Stalking/Harassing | 26 | 18 | 219 | 26 | 24 | 5 |
| Tax | 14 | 12 | 421 | 22 | 19 | 11 |
| Other | 2 | 0 | 782 | -- | -- | 0 |

Of the 57,287 National cases, one case was excluded due to missing or indeterminable sentencing information.

Of the 943 cases from the Southern District of New York, no cases were excluded.

Sentences of 470 months or greater (including life) and probation were included in the sentence average computations as 470 months and zero months, respectively. The information in this table includes conditions of confinement as described in USSG §5C1.1.

SOURCE: U.S. Sentencing Commission, 2021 Datafile, USSCFY21.

Table 8

# SENTENCE IMPOSED RELATIVE TO THE GUIDELINE RANGE[1]
## Fiscal Year 2021

|  | National | | Southern New York | |
|---|---:|---:|---:|---:|
|  | N | % | N | % |
| **TOTAL CASES** | 57,041 | 100.0 | 943 | 100.0 |
| **SENTENCES UNDER THE GUIDELINES MANUAL** | 39,372 | 69.0 | 315 | 33.4 |
| Within Guideline Range | 24,434 | 42.8 | 187 | 19.8 |
| Upward Departure[2] | 296 | 0.5 | 1 | 0.1 |
| Downward Departure | | | | |
| §5K1.1 Substantial Assistance | 5,493 | 9.6 | 114 | 12.1 |
| §5K3.1 Early Disposition Program | 6,387 | 11.2 | 3 | 0.3 |
| Other Government Motion[3] | 1,294 | 2.3 | 3 | 0.3 |
| Non-Government Departure[4] | 1,468 | 2.6 | 7 | 0.7 |
| **VARIANCES** | 17,669 | 31.0 | 628 | 66.6 |
| Upward Variance[5] | 1,203 | 2.1 | 8 | 0.8 |
| Downward Variance | | | | |
| Government Motion[6] | 4,804 | 8.4 | 41 | 4.3 |
| Non-Government Variance[7] | 11,662 | 20.4 | 579 | 61.4 |

[1] This table reflects the 57,287 cases reported to the Commission in fiscal year 2021, 943 of which were from the Southern District of New York. Of these, 246 cases nationally were excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range, while none from the Southern District of New York were excluded.

[2] Cases in which the sentence imposed was above the applicable guideline range and for which the court cited a reason on Part V of the Statement of Reasons form, other than §5K1.1 or §5K3.1.

[3] Cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part V of the Statement of Reasons form, other than §5K1.1 or §5K3.1, and where the prosecution initiated, proposed, or stipulated to the sentence.

[4] Cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part V of the Statement of Reasons form, other than §5K1.1 or §5K3.1, and where the prosecution did not initiate, propose, or stipulate to the sentence.

[5] Cases in which the sentence imposed was above the applicable guideline range and for which the court cited a reason on Part VI of the Statement of Reasons form.

[6] Cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part VI of the Statement of Reasons form, and where the prosecution initiated, proposed, or stipulated to the sentence.

[7] Cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part VI of the Statement of Reasons form, or where no reason was given, and where the prosecution did not initiate, propose, or stipulate to the sentence.

SOURCE:  U.S. Sentencing Commission, 2021 Datafile, USSCFY21.

## Table 9

### SENTENCE IMPOSED RELATIVE TO THE GUIDELINE RANGE
### IN EACH CIRCUIT AND DISTRICT[1]
### Fiscal Year 2021

| CIRCUIT District | TOTAL | WITHIN GUIDELINE RANGE N | % | DEPARTURE UPWARD N | % | §5K1.1 N | % | §5K3.1 N | % | DOWNWARD N | % | VARIANCE N | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 57,041 | 24,434 | 42.8 | 296 | 0.5 | 5,493 | 9.6 | 6,387 | 11.2 | 2,762 | 4.8 | 17,669 | 31.0 |
| **D.C. CIRCUIT** | **252** | **73** | **29.0** | **1** | **0.4** | **31** | **12.3** | **0** | **0.0** | **20** | **7.9** | **127** | **50.4** |
| District of Columbia | 252 | 73 | 29.0 | 1 | 0.4 | 31 | 12.3 | 0 | 0.0 | 20 | 7.9 | 127 | 50.4 |
| **FIRST CIRCUIT** | **1,775** | **650** | **36.6** | **8** | **0.5** | **145** | **8.2** | **1** | **0.1** | **92** | **5.2** | **879** | **49.5** |
| Maine | 199 | 32 | 16.1 | 1 | 0.5 | 37 | 18.6 | 0 | 0.0 | 5 | 2.5 | 124 | 62.3 |
| Massachusetts | 421 | 112 | 26.6 | 4 | 1.0 | 32 | 7.6 | 1 | 0.2 | 34 | 8.1 | 238 | 56.5 |
| New Hampshire | 197 | 45 | 22.8 | 0 | 0.0 | 23 | 11.7 | 0 | 0.0 | 8 | 4.1 | 121 | 61.4 |
| Puerto Rico | 883 | 448 | 50.7 | 3 | 0.3 | 49 | 5.5 | 0 | 0.0 | 45 | 5.1 | 338 | 38.3 |
| Rhode Island | 75 | 13 | 17.3 | 0 | 0.0 | 4 | 5.3 | 0 | 0.0 | 0 | 0.0 | 58 | 77.3 |
| **SECOND CIRCUIT** | **2,416** | **655** | **27.1** | **5** | **0.2** | **375** | **15.5** | **5** | **0.2** | **95** | **3.9** | **1,281** | **53.0** |
| Connecticut | 301 | 78 | 25.9 | 1 | 0.3 | 32 | 10.6 | 0 | 0.0 | 46 | 15.3 | 144 | 47.8 |
| New York | | | | | | | | | | | | | |
|   Eastern | 498 | 123 | 24.7 | 1 | 0.2 | 95 | 19.1 | 2 | 0.4 | 30 | 6.0 | 247 | 49.6 |
|   Northern | 229 | 113 | 49.3 | 1 | 0.4 | 50 | 21.8 | 0 | 0.0 | 5 | 2.2 | 60 | 26.2 |
|   Southern | 943 | 187 | 19.8 | 1 | 0.1 | 114 | 12.1 | 3 | 0.3 | 10 | 1.1 | 628 | 66.6 |
|   Western | 321 | 125 | 38.9 | 1 | 0.3 | 63 | 19.6 | 0 | 0.0 | 2 | 0.6 | 130 | 40.5 |
| Vermont | 124 | 29 | 23.4 | 0 | 0.0 | 21 | 16.9 | 0 | 0.0 | 2 | 1.6 | 72 | 58.1 |
| **THIRD CIRCUIT** | **1,899** | **764** | **40.2** | **5** | **0.3** | **338** | **17.8** | **7** | **0.4** | **43** | **2.3** | **742** | **39.1** |
| Delaware | 52 | 18 | 34.6 | 1 | 1.9 | 12 | 23.1 | 1 | 1.9 | 1 | 1.9 | 19 | 36.5 |
| New Jersey | 628 | 270 | 43.0 | 1 | 0.2 | 91 | 14.5 | 0 | 0.0 | 6 | 1.0 | 260 | 41.4 |
| Pennsylvania | | | | | | | | | | | | | |
|   Eastern | 446 | 150 | 33.6 | 0 | 0.0 | 106 | 23.8 | 4 | 0.9 | 16 | 3.6 | 170 | 38.1 |
|   Middle | 310 | 126 | 40.6 | 0 | 0.0 | 71 | 22.9 | 2 | 0.6 | 9 | 2.9 | 102 | 32.9 |
|   Western | 407 | 159 | 39.1 | 2 | 0.5 | 53 | 13.0 | 0 | 0.0 | 10 | 2.5 | 183 | 45.0 |
| Virgin Islands | 56 | 41 | 73.2 | 1 | 1.8 | 5 | 8.9 | 0 | 0.0 | 1 | 1.8 | 8 | 14.3 |
| **FOURTH CIRCUIT** | **4,452** | **2,194** | **49.3** | **34** | **0.8** | **582** | **13.1** | **1** | **0.0** | **129** | **2.9** | **1,512** | **34.0** |
| Maryland | 513 | 175 | 34.1 | 11 | 2.1 | 61 | 11.9 | 0 | 0.0 | 45 | 8.8 | 221 | 43.1 |
| North Carolina | | | | | | | | | | | | | |
|   Eastern | 885 | 486 | 54.9 | 9 | 1.0 | 215 | 24.3 | 0 | 0.0 | 11 | 1.2 | 164 | 18.5 |
|   Middle | 361 | 172 | 47.6 | 3 | 0.8 | 40 | 11.1 | 0 | 0.0 | 7 | 1.9 | 139 | 38.5 |
|   Western | 502 | 270 | 53.8 | 1 | 0.2 | 71 | 14.1 | 0 | 0.0 | 4 | 0.8 | 156 | 31.1 |
| South Carolina | 530 | 214 | 40.4 | 1 | 0.2 | 103 | 19.4 | 0 | 0.0 | 17 | 3.2 | 195 | 36.8 |
| Virginia | | | | | | | | | | | | | |
|   Eastern | 957 | 523 | 54.6 | 8 | 0.8 | 39 | 4.1 | 0 | 0.0 | 28 | 2.9 | 359 | 37.5 |
|   Western | 235 | 101 | 43.0 | 0 | 0.0 | 38 | 16.2 | 0 | 0.0 | 12 | 5.1 | 84 | 35.7 |
| West Virginia | | | | | | | | | | | | | |
|   Northern | 250 | 144 | 57.6 | 0 | 0.0 | 13 | 5.2 | 1 | 0.4 | 1 | 0.4 | 91 | 36.4 |
|   Southern | 219 | 109 | 49.8 | 1 | 0.5 | 2 | 0.9 | 0 | 0.0 | 4 | 1.8 | 103 | 47.0 |

| CIRCUIT<br>District | TOTAL | WITHIN GUIDELINE RANGE | | DEPARTURE | | | | | | | | VARIANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | UPWARD | | §5K1.1 | | §5K3.1 | | DOWNWARD | | | |
| | | N | % | N | % | N | % | N | % | N | % | N | % |
| **FIFTH CIRCUIT** | **16,374** | **9,786** | **59.8** | **61** | **0.4** | **831** | **5.1** | **1,470** | **9.0** | **952** | **5.8** | **3,274** | **20.0** |
| Louisiana | | | | | | | | | | | | | |
|   Eastern | 199 | 121 | 60.8 | 1 | 0.5 | 21 | 10.6 | 0 | 0.0 | 1 | 0.5 | 55 | 27.6 |
|   Middle | 103 | 51 | 49.5 | 0 | 0.0 | 22 | 21.4 | 0 | 0.0 | 2 | 1.9 | 28 | 27.2 |
|   Western | 234 | 137 | 58.5 | 4 | 1.7 | 19 | 8.1 | 0 | 0.0 | 10 | 4.3 | 64 | 27.4 |
| Mississippi | | | | | | | | | | | | | |
|   Northern | 79 | 31 | 39.2 | 1 | 1.3 | 11 | 13.9 | 0 | 0.0 | 1 | 1.3 | 35 | 44.3 |
|   Southern | 262 | 168 | 64.1 | 1 | 0.4 | 22 | 8.4 | 9 | 3.4 | 2 | 0.8 | 60 | 22.9 |
| Texas | | | | | | | | | | | | | |
|   Eastern | 662 | 425 | 64.2 | 7 | 1.1 | 25 | 3.8 | 0 | 0.0 | 13 | 2.0 | 192 | 29.0 |
|   Northern | 1,547 | 912 | 59.0 | 17 | 1.1 | 168 | 10.9 | 1 | 0.1 | 17 | 1.1 | 432 | 27.9 |
|   Southern | 8,046 | 3,977 | 49.4 | 27 | 0.3 | 341 | 4.2 | 1,352 | 16.8 | 779 | 9.7 | 1,570 | 19.5 |
|   Western | 5,242 | 3,964 | 75.6 | 3 | 0.1 | 202 | 3.9 | 108 | 2.1 | 127 | 2.4 | 838 | 16.0 |
| **SIXTH CIRCUIT** | **3,997** | **1,616** | **40.4** | **11** | **0.3** | **749** | **18.7** | **9** | **0.2** | **160** | **4.0** | **1,452** | **36.3** |
| Kentucky | | | | | | | | | | | | | |
|   Eastern | 427 | 216 | 50.6 | 3 | 0.7 | 78 | 18.3 | 0 | 0.0 | 2 | 0.5 | 128 | 30.0 |
|   Western | 275 | 97 | 35.3 | 3 | 1.1 | 75 | 27.3 | 7 | 2.5 | 14 | 5.1 | 79 | 28.7 |
| Michigan | | | | | | | | | | | | | |
|   Eastern | 488 | 183 | 37.5 | 0 | 0.0 | 29 | 5.9 | 1 | 0.2 | 17 | 3.5 | 258 | 52.9 |
|   Western | 291 | 161 | 55.3 | 0 | 0.0 | 59 | 20.3 | 0 | 0.0 | 10 | 3.4 | 61 | 21.0 |
| Ohio | | | | | | | | | | | | | |
|   Northern | 817 | 338 | 41.4 | 0 | 0.0 | 161 | 19.7 | 0 | 0.0 | 15 | 1.8 | 303 | 37.1 |
|   Southern | 506 | 133 | 26.3 | 2 | 0.4 | 111 | 21.9 | 1 | 0.2 | 72 | 14.2 | 187 | 37.0 |
| Tennessee | | | | | | | | | | | | | |
|   Eastern | 581 | 272 | 46.8 | 3 | 0.5 | 152 | 26.2 | 0 | 0.0 | 6 | 1.0 | 148 | 25.5 |
|   Middle | 249 | 51 | 20.5 | 0 | 0.0 | 31 | 12.4 | 0 | 0.0 | 15 | 6.0 | 152 | 61.0 |
|   Western | 363 | 165 | 45.5 | 0 | 0.0 | 53 | 14.6 | 0 | 0.0 | 9 | 2.5 | 136 | 37.5 |
| **SEVENTH CIRCUIT** | **2,221** | **856** | **38.5** | **5** | **0.2** | **199** | **9.0** | **1** | **0.0** | **106** | **4.8** | **1,054** | **47.5** |
| Illinois | | | | | | | | | | | | | |
|   Central | 231 | 84 | 36.4 | 2 | 0.9 | 19 | 8.2 | 0 | 0.0 | 2 | 0.9 | 124 | 53.7 |
|   Northern | 619 | 202 | 32.6 | 2 | 0.3 | 34 | 5.5 | 1 | 0.2 | 45 | 7.3 | 335 | 54.1 |
|   Southern | 221 | 121 | 54.8 | 0 | 0.0 | 27 | 12.2 | 0 | 0.0 | 2 | 0.9 | 71 | 32.1 |
| Indiana | | | | | | | | | | | | | |
|   Northern | 342 | 178 | 52.0 | 0 | 0.0 | 36 | 10.5 | 0 | 0.0 | 5 | 1.5 | 123 | 36.0 |
|   Southern | 413 | 190 | 46.0 | 0 | 0.0 | 50 | 12.1 | 0 | 0.0 | 4 | 1.0 | 169 | 40.9 |
| Wisconsin | | | | | | | | | | | | | |
|   Eastern | 263 | 44 | 16.7 | 0 | 0.0 | 28 | 10.6 | 0 | 0.0 | 11 | 4.2 | 180 | 68.4 |
|   Western | 132 | 37 | 28.0 | 1 | 0.8 | 5 | 3.8 | 0 | 0.0 | 37 | 28.0 | 52 | 39.4 |
| **EIGHTH CIRCUIT** | **4,583** | **1,917** | **41.8** | **40** | **0.9** | **521** | **11.4** | **29** | **0.6** | **88** | **1.9** | **1,988** | **43.4** |
| Arkansas | | | | | | | | | | | | | |
|   Eastern | 541 | 326 | 60.3 | 1 | 0.2 | 28 | 5.2 | 0 | 0.0 | 4 | 0.7 | 182 | 33.6 |
|   Western | 185 | 71 | 38.4 | 1 | 0.5 | 25 | 13.5 | 0 | 0.0 | 1 | 0.5 | 87 | 47.0 |
| Iowa | | | | | | | | | | | | | |
|   Northern | 326 | 136 | 41.7 | 19 | 5.8 | 77 | 23.6 | 0 | 0.0 | 4 | 1.2 | 90 | 27.6 |
|   Southern | 495 | 164 | 33.1 | 1 | 0.2 | 78 | 15.8 | 1 | 0.2 | 3 | 0.6 | 248 | 50.1 |
| Minnesota | 257 | 60 | 23.3 | 2 | 0.8 | 40 | 15.6 | 6 | 2.3 | 14 | 5.4 | 135 | 52.5 |
| Missouri | | | | | | | | | | | | | |
|   Eastern | 1,065 | 418 | 39.2 | 2 | 0.2 | 85 | 8.0 | 1 | 0.1 | 5 | 0.5 | 554 | 52.0 |
|   Western | 581 | 228 | 39.2 | 2 | 0.3 | 69 | 11.9 | 0 | 0.0 | 9 | 1.5 | 273 | 47.0 |
| Nebraska | 379 | 181 | 47.8 | 1 | 0.3 | 6 | 1.6 | 14 | 3.7 | 6 | 1.6 | 171 | 45.1 |
| North Dakota | 289 | 100 | 34.6 | 8 | 2.8 | 110 | 38.1 | 6 | 2.1 | 4 | 1.4 | 61 | 21.1 |
| South Dakota | 465 | 233 | 50.1 | 3 | 0.6 | 3 | 0.6 | 1 | 0.2 | 38 | 8.2 | 187 | 40.2 |

| CIRCUIT District | TOTAL | WITHIN GUIDELINE RANGE | | DEPARTURE | | | | | | | | VARIANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | UPWARD | | §5K1.1 | | §5K3.1 | | DOWNWARD | | | |
| | | N | % | N | % | N | % | N | % | N | % | N | % |
| **NINTH CIRCUIT** | 10,959 | 2,518 | 23.0 | 80 | 0.7 | 780 | 7.1 | 4,445 | 40.6 | 465 | 4.2 | 2,671 | 24.4 |
| Alaska | 148 | 29 | 19.6 | 2 | 1.4 | 21 | 14.2 | 0 | 0.0 | 4 | 2.7 | 92 | 62.2 |
| Arizona | 4,349 | 1,221 | 28.1 | 16 | 0.4 | 68 | 1.6 | 2,489 | 57.2 | 101 | 2.3 | 454 | 10.4 |
| California | | | | | | | | | | | | | |
|   Central | 861 | 210 | 24.4 | 1 | 0.1 | 95 | 11.0 | 40 | 4.6 | 72 | 8.4 | 443 | 51.5 |
|   Eastern | 279 | 103 | 36.9 | 2 | 0.7 | 54 | 19.4 | 2 | 0.7 | 6 | 2.2 | 112 | 40.1 |
|   Northern | 369 | 63 | 17.1 | 1 | 0.3 | 36 | 9.8 | 2 | 0.5 | 14 | 3.8 | 253 | 68.6 |
|   Southern | 2,923 | 282 | 9.6 | 49 | 1.7 | 165 | 5.6 | 1,855 | 63.5 | 227 | 7.8 | 345 | 11.8 |
| Guam | 37 | 18 | 48.6 | 0 | 0.0 | 13 | 35.1 | 0 | 0.0 | 1 | 2.7 | 5 | 13.5 |
| Hawaii | 168 | 63 | 37.5 | 0 | 0.0 | 49 | 29.2 | 0 | 0.0 | 0 | 0.0 | 56 | 33.3 |
| Idaho | 241 | 95 | 39.4 | 2 | 0.8 | 54 | 22.4 | 5 | 2.1 | 8 | 3.3 | 77 | 32.0 |
| Montana | 333 | 100 | 30.0 | 3 | 0.9 | 90 | 27.0 | 0 | 0.0 | 11 | 3.3 | 129 | 38.7 |
| Nevada | 295 | 61 | 20.7 | 0 | 0.0 | 19 | 6.4 | 42 | 14.2 | 6 | 2.0 | 167 | 56.6 |
| Northern Mariana Islands | 16 | 12 | 75.0 | 0 | 0.0 | 2 | 12.5 | 0 | 0.0 | 0 | 0.0 | 2 | 12.5 |
| Oregon | 387 | 60 | 15.5 | 1 | 0.3 | 53 | 13.7 | 0 | 0.0 | 7 | 1.8 | 266 | 68.7 |
| Washington | | | | | | | | | | | | | |
|   Eastern | 199 | 49 | 24.6 | 3 | 1.5 | 54 | 27.1 | 3 | 1.5 | 6 | 3.0 | 84 | 42.2 |
|   Western | 354 | 152 | 42.9 | 0 | 0.0 | 7 | 2.0 | 7 | 2.0 | 2 | 0.6 | 186 | 52.5 |
| **TENTH CIRCUIT** | 3,831 | 1,437 | 37.5 | 33 | 0.9 | 327 | 8.5 | 409 | 10.7 | 438 | 11.4 | 1,187 | 31.0 |
| Colorado | 370 | 127 | 34.3 | 0 | 0.0 | 74 | 20.0 | 18 | 4.9 | 12 | 3.2 | 139 | 37.6 |
| Kansas | 405 | 172 | 42.5 | 2 | 0.5 | 51 | 12.6 | 6 | 1.5 | 8 | 2.0 | 166 | 41.0 |
| New Mexico | 1,411 | 581 | 41.2 | 8 | 0.6 | 40 | 2.8 | 299 | 21.2 | 181 | 12.8 | 302 | 21.4 |
| Oklahoma | | | | | | | | | | | | | |
|   Eastern | 89 | 49 | 55.1 | 0 | 0.0 | 12 | 13.5 | 0 | 0.0 | 2 | 2.2 | 26 | 29.2 |
|   Northern | 320 | 118 | 36.9 | 19 | 5.9 | 37 | 11.6 | 0 | 0.0 | 97 | 30.3 | 49 | 15.3 |
|   Western | 407 | 202 | 49.6 | 0 | 0.0 | 29 | 7.1 | 0 | 0.0 | 3 | 0.7 | 173 | 42.5 |
| Utah | 658 | 131 | 19.9 | 4 | 0.6 | 68 | 10.3 | 77 | 11.7 | 130 | 19.8 | 248 | 37.7 |
| Wyoming | 171 | 57 | 33.3 | 0 | 0.0 | 16 | 9.4 | 9 | 5.3 | 5 | 2.9 | 84 | 49.1 |
| **ELEVENTH CIRCUIT** | 4,282 | 1,968 | 46.0 | 13 | 0.3 | 615 | 14.4 | 10 | 0.2 | 174 | 4.1 | 1,502 | 35.1 |
| Alabama | | | | | | | | | | | | | |
|   Middle | 122 | 46 | 37.7 | 0 | 0.0 | 29 | 23.8 | 0 | 0.0 | 1 | 0.8 | 46 | 37.7 |
|   Northern | 443 | 226 | 51.0 | 0 | 0.0 | 91 | 20.5 | 0 | 0.0 | 9 | 2.0 | 117 | 26.4 |
|   Southern | 228 | 106 | 46.5 | 0 | 0.0 | 57 | 25.0 | 0 | 0.0 | 2 | 0.9 | 63 | 27.6 |
| Florida | | | | | | | | | | | | | |
|   Middle | 1,065 | 440 | 41.3 | 4 | 0.4 | 165 | 15.5 | 3 | 0.3 | 8 | 0.8 | 445 | 41.8 |
|   Northern | 259 | 91 | 35.1 | 1 | 0.4 | 65 | 25.1 | 6 | 2.3 | 3 | 1.2 | 93 | 35.9 |
|   Southern | 797 | 356 | 44.7 | 2 | 0.3 | 63 | 7.9 | 1 | 0.1 | 13 | 1.6 | 362 | 45.4 |
| Georgia | | | | | | | | | | | | | |
|   Middle | 381 | 193 | 50.7 | 0 | 0.0 | 39 | 10.2 | 0 | 0.0 | 114 | 29.9 | 35 | 9.2 |
|   Northern | 544 | 184 | 33.8 | 5 | 0.9 | 47 | 8.6 | 0 | 0.0 | 12 | 2.2 | 296 | 54.4 |
|   Southern | 443 | 326 | 73.6 | 1 | 0.2 | 59 | 13.3 | 0 | 0.0 | 12 | 2.7 | 45 | 10.2 |

Of the 57,287 National cases, 246 were excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range.

SOURCE: U.S. Sentencing Commission, 2021 Datafile, USSCFY21.

# Table 10

## SENTENCE IMPOSED RELATIVE TO THE GUIDELINE RANGE
## BY TYPE OF CRIME
## Fiscal Year 2021

### National

| TYPE OF CRIME | TOTAL | WITHIN GUIDELINE RANGE | | UPWARD | | §5K1.1 | | §5K3.1 | | DOWNWARD | | VARIANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % |
| Total | 57,041 | 24,434 | 42.8 | 296 | 0.5 | 5,493 | 9.6 | 6,387 | 11.2 | 2,762 | 4.8 | 17,669 | 31.0 |
| Child Pornography | 1,215 | 400 | 32.9 | 7 | 0.6 | 16 | 1.3 | 2 | 0.2 | 59 | 4.9 | 731 | 60.2 |
| Drug Trafficking | 17,595 | 4,994 | 28.4 | 56 | 0.3 | 3,487 | 19.8 | 1,741 | 9.9 | 838 | 4.8 | 6,479 | 36.8 |
| Firearms | 8,145 | 4,130 | 50.7 | 65 | 0.8 | 413 | 5.1 | 12 | 0.1 | 339 | 4.2 | 3,186 | 39.1 |
| Fraud/Theft/Embezzlement | 4,527 | 1,942 | 42.9 | 48 | 1.1 | 556 | 12.3 | 18 | 0.4 | 170 | 3.8 | 1,793 | 39.6 |
| Immigration | 16,906 | 9,000 | 53.2 | 34 | 0.2 | 148 | 0.9 | 4,594 | 27.2 | 907 | 5.4 | 2,223 | 13.1 |
| Money Laundering | 1,028 | 240 | 23.3 | 12 | 1.2 | 274 | 26.7 | 9 | 0.9 | 57 | 5.5 | 436 | 42.4 |
| Robbery | 1,300 | 503 | 38.7 | 10 | 0.8 | 157 | 12.1 | 1 | 0.1 | 62 | 4.8 | 567 | 43.6 |
| Sex Abuse | 1,061 | 419 | 39.5 | 11 | 1.0 | 63 | 5.9 | 1 | 0.1 | 56 | 5.3 | 511 | 48.2 |
| Other Miscellaneous Offenses | 5,264 | 2,806 | 53.3 | 53 | 1.0 | 379 | 7.2 | 9 | 0.2 | 274 | 5.2 | 1,743 | 33.1 |

### Southern New York

| TYPE OF CRIME | TOTAL | WITHIN GUIDELINE RANGE | | UPWARD | | §5K1.1 | | §5K3.1 | | DOWNWARD | | VARIANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % |
| Total | 943 | 187 | 19.8 | 1 | 0.1 | 114 | 12.1 | 3 | 0.3 | 10 | 1.1 | 628 | 66.6 |
| Child Pornography | 12 | 2 | 16.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 10 | 83.3 |
| Drug Trafficking | 344 | 44 | 12.8 | 0 | 0.0 | 39 | 11.3 | 0 | 0.0 | 4 | 1.2 | 257 | 74.7 |
| Firearms | 99 | 32 | 32.3 | 1 | 1.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 66 | 66.7 |
| Fraud/Theft/Embezzlement | 178 | 35 | 19.7 | 0 | 0.0 | 23 | 12.9 | 0 | 0.0 | 2 | 1.1 | 118 | 66.3 |
| Immigration | 29 | 14 | 48.3 | 0 | 0.0 | 0 | 0.0 | 3 | 10.3 | 0 | 0.0 | 12 | 41.4 |
| Money Laundering | 56 | 4 | 7.1 | 0 | 0.0 | 23 | 41.1 | 0 | 0.0 | 0 | 0.0 | 29 | 51.8 |
| Robbery | 63 | 9 | 14.3 | 0 | 0.0 | 3 | 4.8 | 0 | 0.0 | 0 | 0.0 | 51 | 81.0 |
| Sex Abuse | 16 | 3 | 18.8 | 0 | 0.0 | 3 | 18.8 | 0 | 0.0 | 0 | 0.0 | 10 | 62.5 |
| Other Miscellaneous Offenses | 146 | 44 | 30.1 | 0 | 0.0 | 23 | 15.8 | 0 | 0.0 | 4 | 2.7 | 75 | 51.4 |

Of the 57,287 National cases, 246 were excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range.

Of the 943 cases from the Southern District of New York, no cases were excluded.

SOURCE:  U.S. Sentencing Commission, 2021 Datafile, USSCFY21.