

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 30, 2022

**BY ECF**

Honorable Lorretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *United States v. Nikhil Wahi.*, 22 Cr. 392 (LAP)

Dear Judge Preska:

    Sentencing in the above-referenced matter is scheduled for Tuesday, January 10, 2022. The Government's sentencing submission is currently due on Tuesday, January 3, 2022. In light of Monday, January 2, 2022 being a federal holiday and due to the press of business, the Government writes to respectfully request a one-day extension of its deadline to file its sentencing submission until Wednesday, January 4, 2022. The Government has consulted with counsel for the defendant, who has no objection to the Government's request.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                            United States Attorney

by: /s/
      Noah Solowiejczyk
      Nicolas Roos
      Assistant United States Attorneys
      (212) 637-2473/2421

cc: Defense Counsel (by ECF)