UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :
           -v.-                       :      **CONSENT ORDER**
                                      :
NIKHIL WAHI,                          :      22 Cr. 392 (LAP)
                                      :
           Defendant.                 :
                                      :
------------------------------------- X

        WHEREAS, on or about September 12, 2022, NIKHIL WAHI (the "Defendant") pled guilty of Count One of Indictment 22 Cr. 392 (LAP) (the "Indictment"), pursuant to a plea agreement with the Government;

        WHEREAS, on or about January 10, 2023, the Court entered an Amended Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Order of Forfeiture");

        WHEREAS, pursuant to the Order of Forfeiture, Defendant shall make a payment of $197,507.40 in United States currency (the "Payment") on or before the date of his sentencing, and upon entry of a Final Order of Forfeiture, the Payment shall be applied in full satisfaction of the money judgment;

        WHEREAS, on or about August 8, 2022, Defendant secured a $1,000,000.00 personal recognizance bond with the Clerk of the Court of the Southern District of New York by a deposit in the amount of $75,000.00 in United States currency (the "Bail Funds") as a condition of his release;

        WHEREAS, on or about January 10, 2023, the Defendant was sentenced;

WHEREAS, all proceedings relating to aforesaid Indictment have been terminated and the bail should be exonerated; and

WHEREAS, the Defendant consents to the application of the Bail Funds in partial satisfaction of the Payment;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Noah Solowiejczyk and Nicolas Roos, of counsel, and the Defendant and his counsel, Priya Chaudhry, Esq., that:

1. The Cashier's Office of the Clerk of the Court of the Southern District of New York, in accordance with Title 28, United States Code, Section 2044, shall transfer the Bail Funds, less Clerk's fees, if any, to the United States in the form of a check payable to the United States Marshals Service, which shall reference the Defendant's name and case number, and delivered to the United States Attorney's Office, One St. Andrew's Plaza, New York, New York, 10007, Attn: Tara M. LaMorte, Co-Chief, Money Laundering and Transnational Criminal Enterprises Unit, in partial satisfaction of Defendant's forfeiture payment of $197,507.40; and

2. Upon execution of this Order, and pursuant to Title 21, United States Code, Section 853, the United States Marshals Service shall be authorized to deposit the Bail Funds as a payment on the money judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          1/10/23
NOAH SOLOWIEJCZYK                            DATE
NICOLAS ROOS
Assistant United States Attorneys
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2473 / 2421


NIKHIL WAHI

By: _____          01/10/2023
NIKHIL WAHI                                  DATE


By: _____          10 January 2023
PRIYA CHAUDHRY, ESQ.                         DATE
Attorney for Defendant
~~45 West 29th Street, Suite 303~~ 147 W. 25th St. 12th Fl
New York, NY 10001


SO ORDERED:

_____              1/10/23
HONORABLE LORETTA A. PRESKA                 DATE
UNITED STATES DISTRICT JUDGE