

147 WEST 25TH STREET, 12TH FLOOR
NEW YORK, NEW YORK 10001
CHAUDHRYLAW.COM

February 1, 2023

***VIA* ECF**

The Honorable Judge Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    ***United States of America v. Nikhil Wahi*, 22-CR-392 (LAP)**
              **Request for Modification of Conditions of Release**

Dear Judge Preska:

We represent Defendant Nikhil Wahi in the above-referenced matter.

Following this Court's January 10, 2023, imposition of a ten-month sentence upon Mr. Wahi, the Bureau of Prisons designated him to FCI Fort Dix, located in New Jersey. We write to respectfully request Court approval of a change in Mr. Wahi's conditions of release to allow him to travel to New Jersey. Pretrial Services has approved Mr. Wahi's request, and the government does not object.

As part of the conditions of release that the Court set for Mr. Wahi on August 3, 2022, his travel is restricted to the Western District of Washington and the Southern and Eastern Districts of New York (and travel points in between). Furthermore, as Your Honor is aware, Mr. Wahi currently resides in Seattle, Washington.

Thus, to allow Mr. Wahi to surrender on Monday, February 6, 2023, per this Court's Order, Mr. Wahi respectfully requests the Court permit him to travel from Seattle, Washington, on the evening of Saturday, February 4, 2023, and to arrive in Newark, New Jersey, on Sunday morning, February 5, 2023. Upon arrival, Mr. Wahi would stay with his uncle in Edison, New Jersey, in anticipation of surrendering at FCI Fort Dix on Monday morning, February 6, 2023.

2/2/23

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

PRIYA CHAUDHRY      PRIYA@CHAUDHRYLAW.COM

    To date, Mr. Wahi has complied with all the terms of his conditions of release. In addition, he has advised Pretrial Services regarding his uncle's address in Edison, New Jersey, and Pretrial Services has arranged for Mr. Wahi to return his electronic monitoring device upon surrender.

    Accordingly, we respectfully request that the Court modify Mr. Wahi's conditions of release to allow him to travel to New Jersey on February 4, 2023, in anticipation of surrendering at FCI Fort Dix on February 6, 2023.

    We are available at the Court's convenience to discuss any matter relating to this request.

Respectfully submitted,

Priya Chaudhry

Cc:   AUSA Nicolas Roos
       AUSA Noah Solowiejczyk

SO ORDERED:

_____
HON. LORETTA A. PRESKA, U.S.D.J.