

147 WEST 25TH STREET, 12TH FLOOR
NEW YORK, NEW YORK 10001
CHAUDHRYLAW.COM

February 8, 2023

The Honorable Judge Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    *Re:*    *United States of America v. Nikhil Wahi*, 22-CR-392 (LAP)
            **Request for Release of Defendant's Passport**

Dear Judge Preska:

    We represent Defendant Nikhil Wahi in the above-referenced matter.

    We write to request that Your Honor order (1) the Clerk of the Court of the Western District of Washington to release Mr. Wahi's expired Indian passport and to send it to our office *via* certified mail; and (2) the United States Pretrial Services Office in the Southern District of New York to release Mr. Wahi's current Indian passport to a representative from our office.

    As a condition of Mr. Wahi's release, he surrendered his expired passport in the Western District of Washington and his current passport in the Southern District of New York.  Upon the conclusion of the government's case against Mr. Wahi, his passports may only be released pursuant to a court order.  The case against Mr. Wahi concluded when he surrendered to serve his sentence at FCI Fort Dix on February 6, 2023, as Your Honor ordered on January 10, 2023.

            [THIS SECTION INTENTIONALLY LEFT BLANK.]

PRIYA CHAUDHRY            PRIYA@CHAUDHRYLAW.COM            212.785.5551

     Accordingly, we respectfully request that the Court order (1) the Clerk of the Court of the Western District of Washington to release Mr. Wahi's expired Indian passport and to send it to our office *via* certified mail; and (2) the United States Pretrial Services Office in the Southern District of New York to release Mr. Wahi's current Indian passport to a representative from our office.

                            Respectfully submitted,

                                  Priya Chaudhry

Cc:   AUSA Nicolas Roos
       AUSA Noah Solowiejczyk

SO ORDERED:

_____
HON. LORETTA A. PRESKA, U.S.D.J.