UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           Petitioner,

-against-

NIKHIL WAHI,

           Respondent.

22-CR-392 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Nikhil Wahi's letter motion dated April 14, 2023 seeking relief related to the restitution order against him. (Dkt. no. 88.) The Government shall respond to Mr. Nikhil Wahi's letter motion by May 17, 2023. The restitution order dated April 6, 2023 (dkt. no. 87) is held in abeyance pending further order of the Court.

**SO ORDERED.**

Dated:    May 3, 2023
           New York, New York

                                      _Loretta A. Preska_
                                      LORETTA A. PRESKA
                                      Senior United States District Judge