```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :    22-cr-392 (LAP)
          -v.-                       :
                                     :       ORDER
NIKHIL WAHI,                         :
                                     :
               Defendant.            :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    In counsel's letter dated April 14, 2023, she asked that the Court: 1) hold the restitution order dated April 6, 2023, in abeyance for thirty days; 2) direct Coinbase to provide Mr. Wahi access to the attorney billing records and any other relevant materials for inspection; 3) grant Mr. Wahi access to the portions of the Presentence Report of Mr. Ishan Wahi, his co-defendant, which relate to Coinbase's alleged losses or, in the alternative, direct the Probation Department to file an amended Presentence Report for Mr. Wahi, including a complete accounting of the losses incurred by Coinbase; and 4) allow Mr. Wahi a period of thirty days, until May 13, 2023, to review the said records and make appropriate objections. All of the above are denied as moot. See dkt. entry 117.

    Docket entry 83, a letter motion relating to Ishan Wahi, is also denied as moot.

Counsel's letter of July 7, 2023, (dkt. no. 111), requests an amended Presentence Report. That request is denied as moot. See dkt. entry 117.

SO ORDERED.

Dated:   New York, New York
         December 4, 2023

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge