UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :      22-cr-392 (LAP)
        -v.-                         :
                                     :      ORDER
NIKHIL WAHI,                         :
                                     :
            Defendant.               :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

   Having held the Order of Restitution dated April 6, 2023 (dkt. no. 87) in abeyance, and having reviewed the parties' submissions, including Defendant's updated financial information, the order dated April 6 is reinstated.

SO ORDERED.

Dated:   New York, New York
         December 4, 2023

_____
LORETTA A. PRESKA
Senior United States District Judge