

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

August 22, 2024

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
500 Pearl St.
New York, NY 10007

      Re:    United States v. Nikhil Wahi, 22 Cr. 392

Dear Judge Preska:

      Please find enclosed a proposed stipulation and order relating to forfeiture in the above-captioned matter. The parties jointly request that the Court enter the proposed stipulation and publicly file it on the docket.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By: _____
      Noah Solowiejczyk
      Assistant United States Attorney
      Tel: (212) 637-2473

cc:    Priya Chaudhry, Esq. (by ECF)